ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGARET McCUE, et al., ) | C 08-3181-EMC |
| Plaintiffs, ) | |
| ) | CERTIFICATION OF INTERESTED |
| vs. ) | ENTITIES OR PERSONS |
| ) | |
| GENERAL ELECTRIC COMPANY et al., ) | |
| Defendants. ) | |

    Pursuant to <u>Civil</u> <u>L.R</u>. 3-16, the undersigned certifies that as of this date, other than the parties named in the Complaint, there is no such interest to report.

Dated: June 30, 2008        BRAYTON❖PURCELL LLP

                                /s/ David R. Donadio

                       By: _____
                          David R. Donadio
                          Attorneys for Plaintiffs