1 | Daniel J. Kelly (Bar No. 145088)
  | Nairi Chakalian (Bar No. 212976)
2 | HAIGHT BROWN & BONESTEEL LLP
  | 71 Stevenson Street, 20th Floor
3 | San Francisco, California 94105-2981
  | Telephone: 415.546.7500
4 | Facsimile: 415.546.7505

5 | Attorneys for Defendant NEWPORT NEWS
  | SHIPBUILDING AND DRY DOCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET McCUE, as Wrongful Death Heir, and as Successor-in-Interest to STANLEY McCUE, Deceased; and STEPHANIE FINCH and JEFFERY McCUE, as Legal Heirs of STANLEY McCUE, Deceased, JOANN VALLADON, as Wrongful Death Heir, and as Successor-in-Interest to GEORGE VALLADON, Deceased; and BRAD VALLADON, JOYCE SISSOM, TERRY VALLADON, as Legal Heirs of GEORGE VALLADON, Deceased, MARGARET LINDSEY, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LINDSEY, Deceased; and CYNTHIA LINDSEY TATE and MARCUS LINDSEY, as Legal Heirs of ROBERT LINDSEY, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY; KAISER VENTURES LLC, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, UNITED STATES STEEL CORPORATION, <br><br> Defendants. | Case No. CV08-3181 EMC <br><br> **NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY'S CERTIFICATE OF INTERESTED ENTITIES** <br><br><br> Complaint Filed: July 2, 2008 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428413.1

1

Case No. CV08-3181 EMC
CERTIFICATE OF INTERESTED ENTITIES

corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

    Northrop Grumman Corporation (corporate parent)

Dated: August 11, 2008

HAIGHT BROWN & BONESTEEL LLP

By: *Nairi Chakalian*
Daniel J. Kelly
Nairi Chakalian
Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428413.1

2

Case No. CV08-3181 EMC
CERTIFICATE OF INTERESTED ENTITIES