1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant NEWPORT NEWS
   SHIPBUILDING AND DRY DOCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET McCUE, as Wrongful Death Heir, and as Successor-in-Interest to STANLEY McCUE, Deceased; and STEPHANIE FINCH and JEFFERY McCUE, as Legal Heirs of STANLEY McCUE, Deceased, JOANN VALLADON, as Wrongful Death Heir, and as Successor-in-Interest to GEORGE VALLADON, Deceased; and BRAD VALLADON, JOYCE SISSOM, TERRY VALLADON, as Legal Heirs of GEORGE VALLADON, Deceased, MARGARET LINDSEY, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LINDSEY, Deceased; and CYNTHIA LINDSEY TATE and MARCUS LINDSEY, as Legal Heirs of ROBERT LINDSEY, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY; KAISER VENTURES LLC, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, UNITED STATES STEEL CORPORATION, <br><br> Defendants. | Case No. CV08-3181 EMC <br><br> **NOTICE OF TAG-ALONG ACTION** <br><br> [MDL Docket No. 875] <br><br><br> Complaint Filed: July 2, 2008 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428412.1

1

Case No. CV08-3181 EMC
NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation in *In re Asbestos Products Liability Litigation (VI)*, MDL Docket No. 875, entered an order transferring all asbestos cases pending in federal court to the United States District Court for the Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," i.e., those actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.

MDL Rule 13(e) provides as follows:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies this Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 13(b).

Dated: August 11, 2008

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Nairi Chakalian
Daniel J. Kelly
Nairi Chakalian
Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428412.1

2

Case No. CV08-3181 EMC
NOTICE OF TAG-ALONG ACTION