1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant NEWPORT NEWS
   SHIPBUILDING AND DRY DOCK COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | MARGARET McCUE, as Wrongful Death ) | Case No. CV08-3181 EMC
   | Heir, and as Successor-in-Interest to )
12 | STANLEY McCUE, Deceased; and ) | **NOTICE OF PENDENCY OF OTHER**
   | STEPHANIE FINCH and JEFFERY ) | **ACTION OR PROCEEDING**
13 | McCUE, as Legal Heirs of STANLEY )
   | McCUE, Deceased, JOANN VALLADON, ) | [Civil Local Rule 3-13]
14 | as Wrongful Death Heir, and as Successor- )
   | in-Interest to GEORGE VALLADON, )
15 | Deceased; and BRAD VALLADON, )
   | JOYCE SISSOM, TERRY VALLADON, )
16 | as Legal Heirs of GEORGE VALLADON, )
   | Deceased, MARGARET LINDSEY, as )
17 | Wrongful Death Heir, and as Successor-in- ) | Complaint Filed: July 2, 2008
   | Interest to ROBERT LINDSEY, Deceased; )
18 | and CYNTHIA LINDSEY TATE and )
   | MARCUS LINDSEY, as Legal Heirs of )
19 | ROBERT LINDSEY, Deceased, )

20         Plaintiffs,

21    v.

22 GENERAL ELECTRIC COMPANY;
   KAISER VENTURES LLC, NEWPORT
23 NEWS SHIPBUILDING AND DRY
   DOCK COMPANY, UNITED STATES
24 STEEL CORPORATION,

25         Defendants.

26

27         TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428415.1

1

Case No. CV08-3181 EMC
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

Defendant Newport News Shipbuilding and Dry Dock Company ("Newport") hereby notifies the Court and all parties pursuant to Civil Local Rule 3-13 of the pendency of the following other actions involving all or a material part of the same subject matter as this asbestos wrongful death action:

1. On February 20, 2008, Margaret McCue, Stephanie Finch, and Jeffery McCue filed an action against numerous defendants entitled *Margaret McCue, et al. v. Asbestos Defendants*, San Francisco Superior Court Case No. CGC-08-274549. The state court action seeks recovery for the wrongful death allegedly arising out of Stanley McCue's exposure to asbestos. A copy of the complaint is attached.

2. On June 12, 2008, Joann Valladon, Brad Valladon, Joyce Sissom, and Terry Valladon filed a first amended complaint for wrongful death against numerous defendants entitled *Joann Valladon, et al. v. Asbestos Defendants*, San Francisco Superior Court Case No. CGC-03-421945. The state court action seeks recovery for the wrongful death allegedly arising out of George Valladon's exposure to asbestos. A copy of the complaint is attached.

3. On May 29, 2008, Margaret Lindsey, Cynthia Lindsey Tate, and Marcus Lindsey filed an action against numerous defendants entitled *Margaret Lindsey, et al. v. Asbestos Defendants*, San Francisco Superior Court Case No. CGC-08-274678. The state court action seeks recovery for the wrongful death allegedly arising out of Robert Lindsey's exposure to asbestos. A copy of the complaint is attached.

4. These state court actions are currently pending in the San Francisco Superior Court located in San Francisco, California. A copy of the electronic dockets are also attached.

5. The state court actions seek recovery for the same injuries and damages alleged in this action. Because this action involves claims against Newport that are subject to removal pursuant to 28 U.S.C. §§ 1442 and 1446, under which the United States District Court has subject matter jurisdiction to adjudicate claims with respect to persons acting under an officer or agency of the United States, this case should not be coordinated with

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428415.1

2

Case No. CV08-3181 EMC
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

1  the state court actions. As requested in Newport's notice of tag-along action, this case
2  should be transferred to the United States District Court for the Eastern District of
3  Pennsylvania pursuant to 28 U.S.C. § 1407.

4  Dated: August 11, 2008               HAIGHT BROWN & BONESTEEL LLP

                                        By: /s/ Nairi Chakalian
                                            Daniel J. Kelly
                                            Nairi Chakalian
                                            Attorneys for Defendant
                                            NEWPORT NEWS SHIPBUILDING
                                            AND DRY DOCK COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428415.1

3

Case No. CV08-3181 EMC
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING