1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant NEWPORT NEWS
   SHIPBUILDING AND DRY DOCK COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET McCUE, as Wrongful Death Heir, and as Successor-in-Interest to STANLEY McCUE, Deceased; and STEPHANIE FINCH and JEFFERY McCUE, as Legal Heirs of STANLEY McCUE, Deceased, JOANN VALLADON, as Wrongful Death Heir, and as Successor-in-Interest to GEORGE VALLADON, Deceased; and BRAD VALLADON, JOYCE SISSOM, TERRY VALLADON, as Legal Heirs of GEORGE VALLADON, Deceased, MARGARET LINDSEY, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LINDSEY, Deceased; and CYNTHIA LINDSEY TATE and MARCUS LINDSEY, as Legal Heirs of ROBERT LINDSEY, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; KAISER VENTURES LLC, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, UNITED STATES STEEL CORPORATION,<br><br>Defendants. | Case No. CV08-3181 EMC<br><br>**CERTIFICATE OF MAILING**<br><br><br>Complaint Filed: July 2, 2008 |

26  ///
27  ///
28  ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428414.1

1

Case No. CV08-3181 EMC
CERTIFICATE OF MAILING

# CERTIFICATE OF MAILING

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981.

On August 11, 2008, I served on interested parties in said action the within:

**ANSWER OF NORTHROP GRUMMAN SHIP SYSTEMS, INC. TO COMPLAINT; DEMAND FOR JURY TRIAL**

**CERTIFICATION OF INTERESTED ENTITIES**

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

**NOTICE OF TAG-ALONG ACTION**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

| | |
|---|---|
| David R. Donadio, Esq.<br>Brayton Purcell LLP<br>222 Rush Landing Road<br>Novato, CA   94945 | Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E., Room G-255<br>Washington, D.C. 20002-8004 |

I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

Executed on August 11, 2008, at San Francisco, California.

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

| | |
|---|---|
| Ann Jo Foo<br>(Type or print name) | _(signature)_<br>(Signature) |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428414.1

2

Case No. CV08-3181 EMC
CERTIFICATE OF MAILING