1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant NEWPORT NEWS
   SHIPBUILDING AND DRY DOCK COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  MARGARET McCUE, as Wrongful Death )    Case No. CV08-3181 EMC
    Heir, and as Successor-in-Interest to  )
12  STANLEY McCUE, Deceased; and           )    **NOTICE OF PENDENCY OF OTHER**
    STEPHANIE FINCH and JEFFERY            )    **ACTION OR PROCEEDING**
13  McCUE, as Legal Heirs of STANLEY       )
    McCUE, Deceased, JOANN VALLADON, )       [Civil Local Rule 3-13]
14  as Wrongful Death Heir, and as Successor- )
    in-Interest to GEORGE VALLADON,        )
15  Deceased; and BRAD VALLADON,           )
    JOYCE SISSOM, TERRY VALLADON,          )
16  as Legal Heirs of GEORGE VALLADON,     )
    Deceased, MARGARET LINDSEY, as         )
17  Wrongful Death Heir, and as Successor-in- )  Complaint Filed:  July 2, 2008
    Interest to ROBERT LINDSEY, Deceased; )
18  and CYNTHIA LINDSEY TATE and           )
    MARCUS LINDSEY, as Legal Heirs of      )
19  ROBERT LINDSEY, Deceased,              )
                                           )
20         Plaintiffs,                     )
                                           )
21      v.                                 )
                                           )
22  GENERAL ELECTRIC COMPANY;              )
    KAISER VENTURES LLC, NEWPORT           )
23  NEWS SHIPBUILDING AND DRY              )
    DOCK COMPANY, UNITED STATES            )
24  STEEL CORPORATION,                     )
                                           )
25         Defendants.                     )
    _____   )

26

27       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428415.1

1

Case No.  CV08-3181 EMC
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

1    Defendant Newport News Shipbuilding and Dry Dock Company ("Newport")

2   hereby notifies the Court and all parties pursuant to Civil Local Rule 3-13 of the pendency

3   of the following other actions involving all or a material part of the same subject matter as

4   this asbestos wrongful death action:

5        1.    On February 20, 2008, Margaret McCue, Stephanie Finch, and Jeffery

6   McCue filed an action against numerous defendants entitled *Margaret McCue, et al. v.*

7   *Asbestos Defendants*, San Francisco Superior Court Case No. CGC-08-274549.  The state

8   court action seeks recovery for the wrongful death allegedly arising out of Stanley

9   McCue's exposure to asbestos.  A copy of the complaint is attached.

10        2.    On June 12, 2008, Joann Valladon, Brad Valladon, Joyce Sissom, and Terry

11   Valladon filed a first amended complaint for wrongful death against numerous defendants

12   entitled *Joann Valladon, et al. v. Asbestos Defendants*, San Francisco Superior Court Case

13   No. CGC-03-421945.  The state court action seeks recovery for the wrongful death

14   allegedly arising out of George Valladon's exposure to asbestos.  A copy of the complaint

15   is attached.

16        3.    On May 29, 2008, Margaret Lindsey, Cynthia Lindsey Tate, and Marcus

17   Lindsey filed an action against numerous defendants entitled *Margaret Lindsey, et al. v.*

18   *Asbestos Defendants*, San Francisco Superior Court Case No. CGC-08-274678.  The state

19   court action seeks recovery for the wrongful death allegedly arising out of Robert

20   Lindsey's exposure to asbestos.  A copy of the complaint is attached.

21        4.    These state court actions are currently pending in the San Francisco Superior

22   Court located in San Francisco, California.  A copy of the electronic dockets are also

23   attached.

24        5.    The state court actions seek recovery for the same injuries and damages

25   alleged in this action.  Because this action involves claims against Newport that are subject

26   to removal pursuant to 28 U.S.C. §§ 1442 and 1446, under which the United States District

27   Court has subject matter jurisdiction to adjudicate claims with respect to persons acting

28   under an officer or agency of the United States, this case should not be coordinated with

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428415.1

2

Case No. CV08-3181 EMC
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

1  the state court actions.  As requested in Newport's notice of tag-along action, this case

2  should be transferred to the United States District Court for the Eastern District of

3  Pennsylvania pursuant to 28 U.S.C. § 1407.

4  Dated:  August 11, 2008                              HAIGHT BROWN & BONESTEEL LLP

5

6                                                    By: *Nairi Chakalian*

7                                                          Daniel J. Kelly
                                                          Nairi Chakalian
8                                                          Attorneys for Defendant
                                                          NEWPORT NEWS SHIPBUILDING
                                                          AND DRY DOCK COMPANY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000188
3428415.1

3

Case No.  CV08-3181 EMC
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING



San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

Feb-20-2008 11:52 am

Case Number: CGC-08-274549

Filing Date: Feb-20-2008 11:35

Juke Box: 001    Image: 02030962

COMPLAINT

ARGARET MCCUE et al VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBI

001C02030962

**Instructions:**
Please place this sheet on top of the document to be scanned.

SUM-100

# SUMMONS
## (CITATION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ASBESTOS DEFENDANTS (B✤P)
As Reflected on Exhibits B, C, H, I; and DOES 1-8500;
and SEE ATTACHED LIST.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARGARET McCUE, as Wrongful Death Heir, and as Successor-in-Interest to
STANLEY McCUE, Deceased; and STEPHANIE FINCH and JEFFERY
McCUE, as Legal Heirs of STANLEY McCUE, Deceased.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN FRANCISCO COUNTY SUPERIOR COURT
400 McAllister Street
San Francisco, CA 94102

CASE NUMBER:
*(Número del Caso):*
CGC-08-274549

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✤PURCELL LLP
222 Rush Landing Road, Novato, CA 94948-6169     (415) 898-1555

DATE: FEB 2 0 2008     Gordon Park-Li    Clerk, by    P. NATT    , Deputy
*(Fecha)*                          *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association of partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

1

2

3    BUCYRUS INTERNATIONAL, INC.
     GENERAL ELECTRIC COMPANY
4    QUINTEC INDUSTRIES, INC.
     VIACOM, INC.
5    WESTERN MacARTHUR COMPANY
     MacARTHUR COMPANY
6    WESTERN ASBESTOS COMPANY
     C.H. MURPHY/CLARK-ULLMAN, INC.
7    CRANE CO.
     THE GOODYEAR TIRE & RUBBER COMPANY
8    STANDARD OIL OF OHIO
     KAISER VENTURES LLC
9    METROPOLITAN LIFE INSURANCE COMPANY
     OWENS-ILLINOIS, INC.
10   PNEUMO ABEX LLC
     GATKE CORPORATION
11   GARLOCK SEALING TECHNOLOGIES, LLC
     AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
12   UNDERWRITERS LABORATORIES, INC.
     and DOES 1-8500,
13

14       Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27   <u>Margaret McCue, et al. vs. Asbestos Defendants (B✣P)</u>
28   San Francisco Superior Court

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):* | FOR COURT USE ONLY |
|---|---|

DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✦PURCELL LLP
222 Rush Landing Road
Novato, California 94948-6169
TELEPHONE NO: (415) 898-1555      FAX NO.: (415) 898-1247

ATTORNEY FOR *(Name):* Plaintiff(s)

**F I L E D**
San Francisco County Superior Court

FEB 2 0 2008

GORDON PARK-LI, Clerk
BY: *Parom Natt*
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS:  400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME:
MARGARET McCUE, et al. vs. ASBESTOS DEFENDANTS (B✦P)

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER **CGC-08-274549** |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below of the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☒ Asbestos (04)
☐ Product Liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental / Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination and related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☒ punitive
4. Number of causes of action *(specify):* 9
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 2/18/08

David R. Donadio
(TYPE OR PRINT NAME)                                          ▶ *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet shall be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740 |
|---|---|---|
| Judicial Council of California CM-010 [Rev. July 1, 2007] | | Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov LexisNexis® Automated California Judicial Council Forms |

1 | DAVID R. DONADIO, ESQ., S.B.#154436
2 | BRAYTON❖PURCELL LLP
  | Attorneys at Law
3 | 222 Rush Landing Road
  | P.O. Box 6169
  | Novato CA 94948-6169
4 | (415) 898-1555

5 | Attorneys for Plaintiffs

SUMMONS ISSUED
F I L E D
San Francisco County Superior Court

FEB 2 0 2008

GORDON PARK LI, Clerk
BY: _P. Natt_
Deputy Clerk
P. NATT

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

MARGARET McCUE, as Wrongful Death Heir, and as Successor-in-Interest to STANLEY McCUE, Deceased; and STEPHANIE FINCH and JEFFERY McCUE, as Legal Heirs of STANLEY McCUE, Deceased,

        Plaintiffs,

vs.

ASBESTOS DEFENDANTS (B❖P) As Reflected on Exhibits B, C, H, I; and DOES 1-8500; and SEE ATTACHED LIST.

ASBESTOS
No.

CGC-08-274549

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

CASE MANAGEMENT CONFERENCE SET

FEB 1 9 2009   -1:°PM

DEPARTMENT 206

1.    STANLEY McCUE (hereinafter and in the Complaint referred to as "decedent") died on July 5, 2007.

2.    MARGARET McCUE is the Successor-in-Interest to decedent.

3.    The heirs-at-law of decedent and their relationships to the decedent are:

| NAME | AGE | RELATIONSHIP TO DECEDENT |
|---|---|---|
| MARGARET McCUE | 64 Years | Spouse |
| STEPHANIE FINCH | Over 18 | Daughter |
| JEFFERY McCUE | Over 18 | Son |

4.    Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil Procedure as decedent's legal heirs.

K:\Injured\3021\cmp-wdsrv2.wpd

1
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

THIS CASE IS SUBJECT TO MANDATORY ELECTRONIC FILING PURSUANT TO AMENDED G.O. 158

1

2

3   BUCYRUS INTERNATIONAL, INC.
4   GENERAL ELECTRIC COMPANY
    QUINTEC INDUSTRIES, INC.
5   VIACOM, INC.
    WESTERN MacARTHUR COMPANY
6   MacARTHUR COMPANY
    WESTERN ASBESTOS COMPANY
7   C.H. MURPHY/CLARK-ULLMAN, INC.
    CRANE CO.
8   THE GOODYEAR TIRE & RUBBER COMPANY
    STANDARD OIL OF OHIO
9   KAISER VENTURES LLC
    METROPOLITAN LIFE INSURANCE COMPANY
10  OWENS-ILLINOIS, INC.
    PNEUMO ABEX LLC
11  GATKE CORPORATION
    GARLOCK SEALING TECHNOLOGIES, LLC
12  AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
    UNDERWRITERS LABORATORIES, INC.
13  and DOES 1-8500,

14      Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Margaret McCue, et al. vs. Asbestos Defendants (B✧P)
    San Francisco Superior Court

BRAYTON✧PURCELL LLLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

5.    At all times prior to his death, decedent was a faithful and dutiful spouse to plaintiff MARGARET McCUE and parent to plaintiff children.

6.    Plaintiffs' claims are as set forth in ©Brayton❖Purcell Master Complaint for [Survival] [Loss of Consortium] Wrongful Death (hereinafter "Master Complaint") - Asbestos No. 828684 filed March 3, 2003, in San Francisco Superior Court. A copy of the Master Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint are incorporated by reference herein pursuant to the authority conferred by General Order No. 55. Plaintiffs' claims are as set forth in said Master Complaint against defendants herein as follows:

///

///

///

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ☒ | ☐ | | | | | | | | | | | |
| Second (Products Liability-Survival) | ☒ | ☐ | | | | | | | | | | | |
| Third (False Representation) | ☒ | | | | | | | | | | | | |
| Fourth (Loss of Consortium) | ☐ | | | | | | | | | | | | |
| Fifth (Negligence-Wrongful Death) | ☒ | | | | | | | | | | | | |
| Sixth (Products Liability-Wrongful Death) | ☒ | ☐ | ☒ | | | | | ☐ | | | | | |
| Seventh (Premises Owner/Contractor Liability) | | | ☒ | ☐ | | ☐ | | ☐ | ☐ | | ☐ | ☐ | ☐ |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | ☐ | | | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | ☐ | ☐ | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | ☐ | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | ☐ | ☒ | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | | | | ☐ | ☐ | ☐ |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | ☒ | | ☐ | ☐ | ☐ |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | ☒ | | ☐ | ☐ | ☐ |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | ☐ | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | ☐ | | |

**DEFENDANTS* ON EXHIBITS:**

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1     7.     Decedent's asbestos-related injury, date of diagnosis, employment status, and

2   history of exposure to asbestos are as stated on Exhibit A.

3     8.     Paragraph 9 of the Master Complaint is amended to add the following sentence:

4   In part, and without limitation as to other defendants, defendant KAISER VENTURES LLC,

5   manufactured, modified, serviced and/or repaired asbestos-containing ships and vessels.

6     9.     Plaintiffs' claims against defendant VIACOM, INC. (successor by merger to

7   CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC

8   CORPORATION) exclude military and federal government jobsites.

9   Dated: _2/18/08_                 BRAYTON❖PURCELL LLP

10

11                           By: _____

12                             David R. Donadio

                                Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT A

## EXHIBIT A

Decedent's exposure to asbestos and asbestos-containing products occurred at various locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Colberg's Boat Works, Stockton, CA | Colberg's Boat Works, Stockton, CA various barges and tour boats; HARBOR KING, HARBOR QUEEN, HARBOR PRINCE HARBOR PRINCESS RICE QUEEN | Welder | Approx. 1/1966-6/1966; 10/1966-6/1967; 10/1967-3/1968 |
| Bechtel Corporation | various locations, including: | Rigger/Welder | 1967-1968; 1969-1970; 1972-1975; 1976-1977;1983 |
| | Four Corner Power Plant, Farmington, NM | | 1967-1968 for approximately one year. 1983 for 14 days |
| | Mojave Powerhouse, Laughlin, NV | | 1969-1970 |
| | Navajo Powerhouse (Salt River Project), Page, AZ | | 1972-1975 for approximately 3 years |
| | Coronado Powerhouse, St. Johns, AZ | | 1976-1977 for approximately 1½ years |
| | Cholla Powerhouse, Joseph City, AZ. | | 1975 for approximately 8 months |
| Kaiser Steel, Bakersfield, CA | Edmonton Pump Station, Bakersfield, CA | Welder | 1968 approximately 6-8 months |
| Combustion Engineering | PG&E, Pittsburg, CA | Welder | 1970;1982 |
| Combustion Engineering | PG&E, Morro Bay, CA | Welder | 1982 for 26 days |
| American Bridge | Melones Dam, Tuolome County, CA | Welder | 1972 for approximately 6 months |

EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Research Cotrell, Wilcox, AZ | Apache Station Powerhouse (ARIZEL), AZ | Welder | 1977 for approximately 6 months |
| Babcock & Wilcox | Louisiana Pacific, Snowflake, AZ | Welder/ Boilermaker | 1978-1980 |
| Jesco, Farmington, NM | Power Plant (Decedent did not recall if it was Four Corners or San Juan), Farmington, NM | Welder | August 1980  2 weeks |
| Babcock & Wilcox | various locations including: | Welder | 1980;1981;1983; 1985-1993 |
| | Louisiana Pacific Paper Mill, Snowflake, AZ | | 1980 for 1 day; January 1981- April 1981 for 46 days; 1983 for 6 days |
| | PG&E, Moss Landing, CA | | April 1981-July 1981 for 82 days; 1985 for 23 days; 1986 for 10 days; 1987 for 20 days; 1988 for 4 days; 1989 for 10 days; 1990 for 11 days; 1991 for 40 days; April 1992 for 9 days; November 1992 for 11 days; December 1992 for 11 days |
| | PG&E, Morro Bay, CA | | 1985 for 49 days; 1987 for 35 days; 1992 for 9 days |
| | Four Corners Power Plant, Farmington, NM | | 1986 for 16 days |
| | Apache Station Powerhouse, (ARIZEL), AZ | | 1986 for 99 days |
| | PG&E, Antioch, CA | | 1988 for 40 days; 1992 for 11 days |

///

EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Babcock & Wilcox (cont'd.) | Port of Stockton, Stockton, CA | | 1988 for 3 days |
| | Crown Simpson Paper Mill, Anderson, CA | | 1988 for 5 days; 1989 for 3 days |
| | PG&E, Pittsburg, CA | | 1990 for 2 days |
| | Shell Oil Refinery, Martinez, CA | | October 1991 for 19 days. |
| | Tracy Biomass Power, Ltd., Tracy, CA | | January 1993 for 5 days |
| Catalytic, Joseph City, AZ | Cholla Powerhouse, Joseph City, AZ | Welder | 1980 for 1 day |

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties, asbestosis, lung and/or other cancer, mesothelioma, and/or other lung damage.  Decedent was diagnosed with lung cancer on or about October 2007, and with asbestosis on or about December 1994, and with asbestos-related pleural disease on or about February 1994.

Decedent retired from his last place of employment at regular retirement age.  He had therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

EXHIBIT A

# EXHIBIT B

EXHIBIT B

DEFENDANTS

| | |
|---|---|
| BUCYRUS INTERNATIONAL, INC. | C.H. MURPHY/CLARK-ULLMAN, INC. |
| GENERAL ELECTRIC COMPANY | CRANE CO. |
| QUINTEC INDUSTRIES, INC. | THE GOODYEAR TIRE & RUBBER COMPANY |
| VIACOM, INC. | STANDARD OIL OF OHIO |
| WESTERN MacARTHUR COMPANY | KAISER VENTURES LLC |
| MacARTHUR COMPANY | DOES 1-800 |
| WESTERN ASBESTOS COMPANY | |

ALTERNATE ENTITY

BUCYRUS INTERNATIONAL, INC.
    BUCYRUS-ERIE
    MARION POWER SHOVEL COMPANY, THE
    OSGOOD COMPANY
    GENERAL EXCAVATOR COMPANY

GENERAL ELECTRIC COMPANY
    MATTERN X-RAY
    HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED
    TRUMBULL ELECTRIC MANUFACTURING COMPANY
    G E INDUSTRIAL SYSTEMS
    CURTIS TURBINES
    PARSONS TURBINES
    GENERAL ELECTRIC JET ENGINES

VIACOM, INC.
    CBS CORPORATION
    WESTINGHOUSE ELECTRIC CORPORATION
    WESTINGHOUSE ELECTRIC AND
      MANUFACTURING COMPANY
    B.F. STURTEVANT
    KPIX TELEVISION STATION
    PARAMOUNT COMMUNICATIONS, INC.

CRANE CO.
    CRANE COMPANY
    CRANE PLUMBING & HEATING
    CRANE PUMPS & SYSTEMS, INC.
    CRANE SUPPLY
    BURK PUMPS
    MIDWEST PIPING CO.
    MIDWEST PIPING & SUPPLY CO.
    MIDWEST INVESTMENT
    PACIFIC STEEL BOILER CORPORATION
    PACIFIC VALVES
    CRANE VALVE GROUP
    DEMING PUMPS
    REPCAL BRASS MANUFACTURING CO.
    CHAPMAN VALVE COMPANY
    JENKINS BROS.

///
///

EXHIBIT B

1         EXHIBIT B (cont'd.)

2         ALTERNATE ENTITY

3 WESTERN MacARTHUR    WESTERN ASBESTOS CO.
   COMPANY        MAC ARTHUR COMPANY

4            BAY CITIES ASBESTOS COMPANY
             F.K. PINNEY, INC.

5

  KAISER VENTURES LLC    KAISER VENTURES, INC.

6            KAISER STEEL RESOURCES, INC.
             KAISER CO., INC.

7            KAISER STEEL CORPORATION
             KAISER RESOURCES, INC.

8            KAISER SHIPYARD - VANCOUVER
             KSC RECOVERY, INC. (Successor to the Bankruptcy Estate

9             of Kaiser Steel Corporation)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                     EXHIBIT B

# EXHIBIT C

1

<u>EXHIBIT C</u>

2 <u>DEFENDANTS</u>

3 WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
4 WESTERN ASBESTOS COMPANY
DOES 1001-2000
5

6 CONTRACTOR
<u>DEFENDANTS</u>                    <u>LOCATION</u>                    <u>TIME PERIOD</u>
7
WESTERN MacARTHUR          Various                      Various
8 COMPANY/MacARTHUR
COMPANY/WESTERN ASBESTOS
9 COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                              EXHIBIT C

# EXHIBIT H

1

EXHIBIT H

2

DEFENDANTS

3

METROPOLITAN LIFE INSURANCE COMPANY

4    PNEUMO ABEX LLC
     BORGWARNER MORSE TEC, INC.

5    HONEYWELL INTERNATIONAL, INC. (successor-
     in-interest to ALLIEDSIGNAL, INC.)
     THE BUDD COMPANY

6    DAIMLERCHRYSLER CORPORATION
     DANA CORPORATION

7    FORD MOTOR COMPANY
     GENERAL MOTORS CORPORATION

8    BRIDGESTONE/FIRESTONE
        NORTH AMERICAN TIRE, LLC

9    LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.
     MAREMONT CORPORATION

10   MORTON INTERNATIONAL, INC.
     PARKER-HANNIFIN CORPORATION

11   STANDARD MOTOR PRODUCTS, INC.
     GATKE CORPORATION

12   GARLOCK SEALING TECHNOLOGIES, LLC
     BRASSBESTOS BRAKE LINING COMPANY

13   H. KRASNE MANUFACTURING COMPANY
     AUTO SPECIALTIES MANUFACTURING

14      COMPANY

STUART-WESTERN, INC.
RITESET MANUFACTURING COMPANY
ASBESTOS MANUFACTURING COMPANY
FIBRE & METAL PRODUCTS COMPANY
LASCO BRAKE PRODUCTS
L.J. MILEY COMPANY
ROSSENDALE-RUBOIL COMPANY
SOUTHERN FRICTION MATERIALS COMPANY
U.S. SPRING & BUMPER COMPANY
AUTO FRICTION CORPORATION
EMSCO ASBESTOS COMPANY
FORCEE MANUFACTURING CORPORATION
MOLDED INDUSTRIAL FRICTION CORPORATION
NATIONAL TRANSPORT SUPPLY, INC.
SILVER LINE PRODUCTS, INC.
STANDCO, INC.
UNIVERSAL FRICTION MATERIALS COMPANY
WHEELING BRAKE BLOCK  MANUFACTURING
   COMPANY
BELL ASBESTOS MINES LTD.
OWENS-ILLINOIS, INC.
DOES5000-8000

15

ALTERNATE ENTITY

16   GARLOCK SEALING
        TECHNOLOGIES, LLC

17

18

19

20

GARLOCK, INC.
COLTEC INDUSTRIES, INC.
FAIRBANKS-MORSE
FAIRBANKS MORSE ENGINES
BELMONT PACKING & RUBBER CO.
GARLOCK PACKING CO.
U.S. GASKET CO.
GOODRICH CORPORATION
ENPRO INDUSTRIES, INC.

21

22

23

24

25

26

27

28

EXHIBIT H

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato CA 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiffs

6

7

8

9

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**JUN 12 2008**
GORDON PARK-LI, Clerk
BY: ALISON AGBAY
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

10  JOANN VALLADON, as Wrongful Death
    Heir, and as Successor-in-Interest to
11  GEORGE VALLADON, Deceased; and
    BRAD VALLADON, JOYCE SISSOM,
12  TERRY VALLADON, as Legal Heirs of
    GEORGE VALLADON, Deceased,
13
        Plaintiffs,
14
15  vs.
16  ASBESTOS DEFENDANTS (B❖P)
    As Reflected on Exhibits B, B-1, C, H, I;
17  and DOES 1-8500; and SEE ATTACHED
    LIST.

**ASBESTOS**
No. 421945

FIRST AMENDED COMPLAINT FOR
SURVIVAL, WRONGFUL DEATH -
ASBESTOS

18      1.      GEORGE VALLADON (hereinafter and in the Complaint referred to as

19  "decedent") died on August 9, 2007.

20      2.      JOANN VALLADON is the Successor-in-Interest to decedent.

21      3.      The heirs-at-law of decedent and their relationships to the decedent are:

22  | NAME | AGE | RELATIONSHIP TO DECEDENT |
    |------|-----|--------------------------|
23  | JoAnn Valladon | 75 | Spouse |
    | Brad Valladon | Over 18 | Son |
24  | Joyce Sissom | Over 18 | Daughter |
    | Terry Valladon | Over 18 | Daughter |
25

26      4.      Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

27  Procedure as decedent's legal heirs.

28  ///

C:\Documents and Settings\SWALU\Local Settings\Temp\XPgrpwise\CMP-1AMND WDS]1-corrected.wpd
FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   ASBESTOS CORPORATION LIMITED
    AQUA-CHEM, INC.
2   C.C. MOORE & CO. ENGINEERS
    CONGOLEUM CORPORATION
3   D. CUMMINS CORPORATION
    PLANT INSULATION COMPANY
4   QUINTEC INDUSTRIES, INC.
    RAPID-AMERICAN CORPORATION
5   R.F. MACDONALD CO.
    THORPE INSULATION COMPANY
6   WESTERN MacARTHUR COMPANY
    MacARTHUR COMPANY
7   WESTERN ASBESTOS COMPANY
    HONEYWELL INTERNATIONAL, INC.
8   DANA CORPORATION
    UNIROYAL HOLDING, INC.
9   METALCLAD INSULATION CORPORATION
    ALLIS-CHALMERS CORPORATION PRODUCT
10      LIABILITY TRUST
    TIMEC COMPANY, INC.
11  LEE AUTO SUPPLY
    PIERCE ARROW
12  RMC PACIFIC MATERIALS, INC.
    PEUGEOT MOTORS OF AMERICA, INC.
13  VALLEY AUTO SUPPLY
    LAHER SPRING & TIRE CORPORATION
14  MCKENZIE INDUSTRIES
    OSCAR E. ERICKSON, INC.
15  CHAMPION INDUSTRIAL CONTRACTORS,
        INC.
16  M & K CONTRACTORS
    WALKER BALDWIN
17  SRI INTERNATIONAL
    TOSCO REFINING COMPANY, INC.
18  BUCYRUS INTERNATIONAL, INC.
    METROPOLITAN LIFE INSURANCE COMPANY
19  OWENS-ILLINOIS, INC.
    PNEUMO ABEX LLC
20  GATKE CORPORATION
    GARLOCK SEALING TECHNOLOGIES, LLC
21  AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
    UNDERWRITERS LABORATORIES, INC.
22
    and DOES 1-8500,
23
        Defendants.
24
    JoAnn Valladon, et al., vs. Asbestos Defendants (B❖P)
25  San Francisco Superior Court No. 421945

26

27

28

1    5.    At all times prior to his death, decedent was a faithful and dutiful spouse to

2  plaintiff JOANN VALLADON and parent to plaintiff children.

3    6.    Plaintiffs' claims are as set forth in **©Brayton❖Purcell Master Complaint for**

4  **[Survival] [Loss of Consortium] Wrongful Death** (hereinafter "Master Complaint") - Asbestos

5  No. 828684 filed March 3, 2003, in San Francisco Superior Court. A copy of the Master

6  Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and

7  designated portions of the Master Complaint are incorporated by reference herein pursuant to the

8  authority conferred by General Order No. 55. Plaintiffs' claims are as set forth in said Master

9  Complaint against defendants herein as follows:

10  ///

11  ///

12  ///

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\100466\CMP-1AMND WDSH.wpd

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

| Cause of Action | DEFENDANTS* ON EXHIBITS: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
| First (Negligence-Survival) | ☒ | ☒ | | | | | | | | | ☐ | ☐ | |
| Second (Products Liability-Survival) | ☒ | ☒ | | | | | | | | | ☐ | ☐ | |
| Third (False Representation) | ☒ | ☒ | | | | | | | | | ☐ | ☐ | ☐ |
| Fourth (Loss of Consortium) | ☐ | | | | | | | | | | | | |
| Fifth (Negligence-Wrongful Death) | ☒ | ☒ | | | | | | | | | ☐ | ☐ | ☐ |
| Sixth (Products Liability-Wrongful Death) | ☒ | ☒ | | | | | | | | | ☐ | ☐ | ☐ |
| Seventh (Premises Owner/Contractor Liability) | | | ☒ | | | | ☐ | | | | ☐ | ☐ | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | | ☐ | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | ☐ | | | | | | ☐ | ☐ | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | ☐ | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | ☐ | ☒ | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | | ☒ | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | ☒ | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | | ☐ | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | | ☐ | | |
| Twenty-Second (Fraud/Deceit – Kent) | | | | | | | | | | | | ☐ | |

1       7.    Decedent's asbestos-related injury, date of diagnosis, employment status, and

2  history of exposure to asbestos are as stated on Exhibit A.

3       8.    Date of Marriage: July 21, 1950.

4  Dated: _____             BRAYTON❖PURCELL LLP

6                       By: _____

7                          David R. Donadio
                             Attorneys for Plaintiffs

# EXHIBIT A

1

EXHIBIT A

2  Decedent's exposure to asbestos and asbestos-containing products occurred at various

3  locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Dewey and Almy Chemical Company | Dewey and Almy Chemical Company San Leandro, CA | Laborer | 4/1945-6/1945 |
| U.S. Marine Corps | U.S. Marine Corps | Military Policeman | 7/1946-6/1948; 10/1950-8/1951 |
| | U.S. Marine Corps Recruiting Depot, San Diego, CA | Trainee | 7/1946-9/1946 |
| | U.S. Marine Corps Air Station, El Toro, CA | Truck Driver | 9/1946-12/1947 |
| | Naval Prison, Terminal Island Base, San Pedro, CA | Military Police | 12/1947-6/1948 |
| | Long Beach Naval Shipyard, Long Beach, CA | Military Police | 6/1948 |
| | Camp Pendleton, Oceanside, CA; MSNS GENERAL E.T. COLLINS (AP-147) | Infantryman | 10/1950-11/1950 |
| | U.S. Marine Corps, Korea; USS MONTROSE (APA-212); USS MONTRAIL (APA-213) | Infantryman/ Truck Driver | 11/1950-8/1951 |
| Norstrom Valve Company Oakland, CA | Norstrom Valve Co. Oakland, CA | Grinder | 1948 |
| Leader Auto Supply Oakland, CA | Leader Auto Supply Oakland, CA | Salesman | 12/1948-6/1949 |
| Aircraft Engineering & Maintenance, Oakland, CA | Oakland International Airport, Oakland, CA | Aircraft Mechanic (Student) | 7/1948-12/1949 |
| Aircraft Engineering and Maintenance, Oakland, CA | Oakland International Airport, Oakland, CA | Sheet metal Mechanic | 07/1949-12/1949 |

27  ///

28  ///

EXHIBIT A

EXHIBIT A (Cont'd)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Charles Hughes Co. Berkeley, CA | Melrose Building Maintenance, 4501 Tidewater, Oakland, CA | Warehouseman | 04/1950-09/1950 |
| Fry's Wrecking Yard, San Leandro, CA | Fry's Wrecking Yard, 1638 152nd Ave., San Leandro, CA | Automobile Wrecker | 07/1951-9/1952 |
| Western Asbestos Co. San Francisco, CA | Riordan High School, San Francisco, CA | Insulator | 7/1952-6/1953 (approx. 2-4 weeks) |
| Western Asbestos Co. San Francisco, CA | PG&E Powerhouse, Antioch, CA; Antioch #2 | Insulator | 7/1952-6/1953 (approx. 6 months) |
| Western Asbestos Co. San Francisco, CA | Falstaff Brewing Corp., San Jose, CA | Insulator | 7/1952-6/1953 (approx. 1-2 weeks) |
| Western Asbestos Co. San Francisco, CA | Fairmont Hospital, San Leandro, CA | Insulator | 7/1952-6/1953 |
| Charles Ayers Co. | Todd Shipyard, Alameda, CA; various ships, including but not limited to: USS MONTEREY (1932) | Insulator | 10/1953-9/1955 |
| Charles Ayers Co. | Mare Island Naval Shipyard, Vallejo, CA; Shop 51; Machine Shop | Insulator | 10/1953-9/1955 (off & on) |
| Mundet Cork Corporation | Mare Island Naval Shipyard, Vallejo, CA; Shop 51; Machine Shop | Insulator | 4/1953-9/1953; 7/1961-3/1962 (off & on) |
| Mundet Cork Corporation | Lucky Lager Brewery San Francisco, CA | Insulator | 5/1953-9/1953 (off & on) |
| Mundet Cork Corp. | Union Ice Co. San Jose, CA | Insulator | 5/1953-9/1953 (approx. 2-4 weeks) |
| Charles Ayers Co. San Francisco, CA | Pleasant Hill High School, Pleasant Hill, CA | Insulator | 10/1953-9/1955 (Approx. 2 weeks) |
| Charles Ayers Co San Francisco, CA | Charles Ayers Co. Pier 36, San Francisco, CA | Insulator | 10/1953-9/1955 (approx.11 month) |

EXHIBIT A

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (Cont'd)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Charles Ayers Co. San Francisco, CA | San Francisco International Airport, San Francisco, CA | Insulator | 10/1953-9/1955 (off & on) |
| Charles Ayers Co. San Francisco, CA | California State Prison, Vacaville, CA | Insulator | 10/1953-9/1955 (off & on) |
| Charles Ayers Co. San Francisco, CA | Fairmont Hospital, San Leandro, CA | Insulator | 10/1953-9/1955 (off & on) |
| Plant Asbestos Co. Emeryville, CA | Hillsdale Shopping Center San Mateo, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 (approx. 6 mos.) |
| Plant Asbestos Co., Emeryville, CA | Heart's Department Store, Redwood City, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 (approx. 2 weeks) |
| Plant Asbestos Co., Emeryville, CA | Plant Asbestos Co., Elementary School in San Mateo, CA and a high school in Redwood City, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| Plant Asbestos Co., Emeryville, CA | Eastridge Shopping Center, San Jose, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 (approx. 3 mos.) |
| Plant Asbestos Co. Emeryville, CA | Stanford University Palo Alto, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| Plant Asbestos Co., Emeryville, CA | Standard Oil, Richmond, CA; Dewax Area | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| Plant Asbestos Co., Emeryville, CA | Accent Foods, San Jose, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| Plant Asbestos Co., Emeryville, CA | Dixon Meat Packing Co., Dixon, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| Plant Asbestos Co., Emeryville, CA | NASA-Ames Research Center, Moffett Field, Sunnyvale, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |

///

EXHIBIT A

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (Cont'd)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Plant Asbestos Co., Emeryville, CA | Lockheed, Sunnyvale, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| Plant Asbestos Co., Emeryville, CA | Consolidated Rendering Plant, South San Francisco, CA | Insulator | 7/1955-06/1959; 4/1967-6/1969; 1/1976-3/1976 |
| J.T. Thorpe Co. Richmond, CA | PG&E, Pittsburg, CA | Insulator | 11/59-12/59. (2-3 mos.) |
| Lorentzen Co. Oakland, CA | U.C. Berkeley-Earth Science Building, Berkeley, CA | Insulator | 10/1959-6/1961 (approx. 4-6 mos.) |
| Lorentzen Co. Oakland, CA | Skyline High School, 12250 Skyline Blvd., Oakland, CA | Insulator | 10/1959-6/1961 (1 year) |
| Lorentzen Co. Oakland, CA | Pier 29, various unknown ships, San Francisco, CA | Insulator | 10/1959-6/1961 |
| Lorentzen Co. Oakland, CA | Chevrolet Factory, 73rd Ave. & Foothill Blvd., Oakland, CA | Insulator | 10/1959-6/1961 |
| Lorentzen Co. Oakland, CA | Pier 36, San Francisco, CA | Insulator | 10/1959-6/1961 |
| Lorentzen Co. Oakland, CA | Draft Board, 11th & Clay Street, Oakland, CA | Insulator | 10/1959-6/1961 |
| Mundet Cork Co. N Bergen, NJ | Ferry Building, San Francisco, CA | Insulator | 4/1953-9/1953; 7/1961-3/1962 |
| Fiberglas Co., San Francisco, CA | Sears Roebuck & Co., San Jose, CA | Insulator | 2/1962-5/1962 (approx. 3-4 months) |
| Fiberglas Co., Sacramento, CA | Sears Roebuck & Co., Sunnyvale, CA | Insulator | 2/1962-5/1962 |
| Fiberglas Co., Sacramento, CA | Libby Owens Ford Glass, Lathrop, CA | Insulator | 2/1962-5/196 |
| Fiberglas Co., Sacramento, CA | Sacramento County Hospital, Sacramento, CA | Insulator | 2/1962-5/1962 |

///

EXHIBIT A

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (Cont'd)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Broad & Associates, Inc.<br>Santa Clara, CA | Unknown  Elementary School<br>Redwood City, CA | Insulator | 4/1962-12/1962 |
| Armstrong Cork Co. | Naval Air Station,<br>Alameda, CA | Insulator | 10/62-12/62 |
| Fiberglas Co.,<br>San Francisco, CA | Stanford Research Institute,<br>Palo Alto, CA | Insulator | 12/62-3/67 |
| Fiberglas Co.,<br>Sacramento, CA | Alexian Brothers Hospital,<br>San Jose, CA | Insulator | 12/62-3/67<br>(several months) |
| Plant Asbestos Co.,<br>Emeryville, CA | IBM, San Jose, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | A.J. Peters & Sons,<br>San Jose, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Plant Asbestos Co.,<br>Emeryville, CA<br>•Fab Shop | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Aerojet-General Corp.,<br>Folsom, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Sears Roebuck & Co.<br>(South Gate Mall), Winton<br>Ave., Hayward, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | First Western Bank,<br>12th & Broadway,<br>Oakland, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Phillips Petroleum,<br>Avon, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Standard Oil,<br>Richmond, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Avon Oil Refinery (aka<br>Tosco), Avon, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Highland Hospital,<br>Oakland, CA | Insulator | 4/67-8/69 |
| Plant Asbestos Co.,<br>Emeryville, CA | Hunts Cannery, B Street<br>Hayward, CA | Insulator | 4/67-8/69 |

EXHIBIT A

FIRST AMENDED COMPLAINT FOR SURVIVAL,  WRONGFUL DEATH - ASBESTOS

EXHIBIT A (Cont'd)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Navy<br>San Francisco, CA | Hunters Point Naval<br>Shipyard; USS MIDWAY<br>(CVA-41) | Insulator | 8/1969-1/1970 |
| Mare Island Naval Shipyard<br>Controller Department<br>Vallejo, CA | Mare Island Naval<br>Shipyard<br>Controller Department<br>Building 51<br>Vallejo, CA | Insulator | 7/1969-3/1970 |
| Consolidated Insulation Co.,<br>Belmont, CA | U.C. Santa Cruz,<br>Santa Cruz, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | Eastridge Shopping Center,<br>San Jose, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | U.S. Post Office,<br>Concord, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | U.S. Post Office,<br>Walnut Creek, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | Kaiser Medical Center,<br>Oakland, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | Blue Cross Building,<br>Oakland, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | Agnew State Hospital,<br>Santa Clara, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Consolidated Insulation Co.,<br>Belmont, CA | General Electric Co.,<br>San Jose, CA | Insulator | 1/21/70-6/1970;<br>7/1970-6/1971;<br>1/1972-6/1972 |
| Fiberglass Co.,<br>San Francisco, CA | Nestle's,<br>Salinas, CA | Insulator | 1/21/70-7/30/72 |
| Auto wrecking & Salvage<br>Business, Carson City, NV | Carson City, NV | Owner | 11/1972-approx.<br>5/1974 |

///

/// EXHIBIT A

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (Cont'd)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Northern California Insulation, Inc. Sacramento, CA | Northern California Insulation, Inc. Sacramento, CA | Insulator | 1/1973-9/1973; 7/22/75-10/16/75; 6/22/76-8/6/77 |
| | Various commercial buildings throughout Reno, Nevada area | | |
| | Nugget Casino Sparks, NV | | |
| | Post Office, Reno, NV; DeMill Plant Hawthorne, NV | | |
| | Various commercial buildings throughout Reno, Nevada area (cont.) | Insulator | 1/1973-9/1973; 7/22/75-10/16/75; 6/22/76-8/6/77 |
| | Several Unknown Schools, Reno, NV | | |
| | Federal Building Reno, NV | | |
| Nevada Insulation, 2830 Auburn Blvd., Sacramento, CA | Nugget Casino, Sparks, NV | Insulator | 7/1973-7/21/75 |
| Nevada Insulation, 2830 Auburn Blvd., Sacramento, CA | Veterans Administration Hospital, Reno, NV | Insulator | 7/1973-7/21/75 |
| Nevada Insulation, 2830 Auburn Blvd., Sacramento, CA | Nevada Insulation, unknown apartment complex in Reno, NV | Insulator | 7/1973-7/21/75 |
| Nevada Insulation, 2830 Auburn Blvd., Sacramento, CA | National Guard Repair Shop, Carson City, NV | Insulator | 7/1973-7/21/75 |
| Nor-Cal Insulation (aka Nevada Insulation), 2830 Auburn Blvd., Sacramento, CA | Reed High School, Sparks, NV | Insulator | 1/1973-9/1973; 7/22/75-10/16/75; 6/22/76-8/6/77 |
| Nor-Cal Insulation (aka Nevada Insulation), 2830 Auburn Blvd., Sacramento, CA | Naval Ammunition Depot, Hawthorne, NV | Insulator | 1/1973-9/1973;7/22/75-10/16/75; 6/22/76-8/6/77 |

EXHIBIT A

EXHIBIT A (Cont'd)

| # | Employer | Location of Exposure | Job Title | Exposure Dates |
|---|----------|---------------------|-----------|----------------|
| 1 | | | | |
| 2 | | | | |
| 3 | Nor-Cal Insulation (aka Nevada Insulation), 2830 Auburn Blvd., Sacramento, CA | Hawthorne Hospital, Hawthorne, NV | Insulator | 1/1973-9/1973; 7/22/1975-10/16/1975; 6/22/1976-8/6/1977 |
| 4 | | | | |
| 5 | | | | |
| 6 | Broad & Associates, Inc. Santa Clara, CA | Vallecitos Atomic Laboratory, Pleasanton, CA | Insulator | 1/28/1976-6/21/1976 (4 days) |
| 7 | | | | |
| 8 | Consolidated Insulation Co. Belmont, CA | UCSF School of Dentistry San Francisco, CA | Insulator | 1/28/1976-6/21/1976 (2 weeks) |
| 9 | | | | |
| 10 | Lewis Insulation, 400 S. 18th, Sparks, NV | County Building, Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 11 | | | | |
| 12 | Lewis Insulation, 400 S. 18th, Sparks, NV | Comstock Hotel & Casino, Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 13 | Lewis Insulation, 400 S. 18th, Sparks, NV | Reno Bus Depot, Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 14 | | | | |
| 15 | Lewis Insulation, 400 S. 18th, Sparks, NV | Lewis Insulation, unknown school in Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 16 | | | | |
| 17 | Lewis Insulation, 400 S. 18th, Sparks, NV | Wooster High School, Sparks, NV | Insulator | 9/14/1977-3/26/1981 |
| 18 | Lewis Insulation, 400 S. 18th, Sparks, NV | Mental Health Hospital, Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 19 | | | | |
| 20 | Lewis Insulation, 400 S. 18th, Sparks, NV | Veterans Administration Hospital, Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 21 | Lewis Insulation, 400 S. 18th, Sparks, NV | Harrah's Casino, South Lake Tahoe, NV | Insulator | 9/14/1977-3/26/1981 |
| 22 | | | | |
| 23 | Lewis Insulation, 400 S. 18th, Sparks, NV | Gold Dust Hotel & Casino, Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| 24 | Lewis Insulation, 400 S. 18th, Sparks, NV | State Computer Center, Carson City, NV | Insulator | 9/14/1977-3/26/1981 |
| 25 | | | | |
| 26 | Lewis Insulation, 400 S. 18th, Sparks, NV | Nevada State Prison for Women, Carson City, NV | Insulator | 9/14/1977-3/26/1981 |
| 27 | Lewis Insulation, 400 S. 18th, Sparks, NV | Carson Tahoe Hospital, Carson City, NV | Insulator | 9/14/1977-3/26/1981 |
| 28 | | | | |

EXHIBIT A

1

EXHIBIT A (Cont'd)

2

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Lewis Insulation, 400 S. 18th, Sparks, NV | Harrah's parking garage, and unknown office building in Reno, NV | Insulator | 9/14/1977-3/26/1981 |
| Lewis Insulation, 400 S. 18th, Sparks, NV | Siegler Elementary School, Carson City, NV | Insulator | 9/14/1977-3/26/1981 |
| Lewis Insulation, 400 S. 18th, Sparks, NV | Supreme Court Building, Carson City, NV | Insulator | 9/14/1977-3/26/1981 |
| B&C Insulation, 1072 Matley Lane, Reno, NV | Mental Health Hospital, Reno, NV | Insulator | 1981-1983 |
| B&C Insulation, 1072 Matley Lane, Reno, NV | St. Mary's Hospital, Reno, NV | Insulator | 1981-1983 |
| B&C Insulation, 1072 Matley Lane, Reno, NV | University of Nevada, Reno, NV | Insulator | 1981-1983 |

13      Decedent's exposure to asbestos and asbestos-containing products caused severe and

14    permanent injury to the decedent, including, but not limited to breathing difficulties, asbestosis,

15    lung and/or other cancer, mesothelioma, and/or other lung damage.  Decedent was diagnosed

16    with asbestosis and asbestos-related pleural disease on or about March 2003.

17      Decedent retired from his last place of employment at regular retirement age.  He had

18    therefore suffered no disability from his asbestos-related disease as "disability" is defined in

19    California Code of Civil Procedure §340.2.

20    ///

21

22

23

24

25

26

27

28    ///                                                                                          EXHIBIT A

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

**EXHIBIT B**

1

EXHIBIT B

2

DEFENDANTS

3    ASBESTOS CORPORATION LIMITED                 DANA CORPORATION
     AQUA-CHEM, INC.                              UNIROYAL HOLDING, INC.
4    C.C. MOORE & CO. ENGINEERS                   METALCLAD INSULATION CORPORATION
     CONGOLEUM CORPORATION                        ALLIS-CHALMERS CORPORATION PRODUCT
5    D. CUMMINS CORPORATION                            LIABILITY TRUST
     PLANT INSULATION COMPANY                     TIMEC COMPANY, INC.
6    QUINTEC INDUSTRIES, INC.                     LEE AUTO SUPPLY
     RAPID-AMERICAN CORPORATION                   PIERCE ARROW
7    R.F. MACDONALD CO.                           RMC PACIFIC MATERIALS, INC.
     THORPE INSULATION COMPANY                    PEUGEOT MOTORS OF AMERICA, INC.
8    WESTERN MacARTHUR COMPANY                    VALLEY AUTO SUPPLY
     MacARTHUR COMPANY                            LAHER SPRING & TIRE CORPORATION
9    WESTERN ASBESTOS COMPANY                     MCKENZIE INDUSTRIES
     HONEYWELL INTERNATIONAL, INC.                DOES 1-800

10
                                                 ALTERNATE ENTITY
11
     ASBESTOS CORPORATION LIMITED                 GENERAL DYNAMICS CORPORATION
12
     CONGOLEUM CORPORATION                        CONGOLEUM LINOLEUM
13                                                CONGOLEUM-NAIRN, INC.

14   D. CUMMINS CORPORATION                       VALLEY ASBESTOS COMPANY

15   PLANT INSULATION COMPANY                     ASBESTOS COMPANY OF CALIFORNIA
                                                  PLANT ASBESTOS COMPANY
16
     QUINTEC INDUSTRIES, INC.                     WESTERN FIBERGLAS SUPPLY COMPANY
17                                                MULDOON INSULATION

18   RAPID-AMERICAN CORPORATION                   THE PHILIP CAREY MANUFACTURING COMPANY
                                                  PANACON CORPORATION
19                                                PHILIP CAREY CORPORATION
                                                  CAREY CANADA, INC.
20                                                CELOTEX CORPORATION
                                                  RAPID AMERICAN CORP. (DE)
21                                                RAPID AMERICAN CORP. (OH)
                                                  RAPID ELECTROTYPE CO.
22                                                FAMILY BARGAIN CENTERS, INC.
                                                  GLEN ALDEN COAL CO.
23                                                GLEN ALDEN CORPORATION
                                                  KENTON CORPORATION
24                                                McCORY CORPORATION
                                                  McGREGOR CORPORATION
25                                                WORLD-WIDE FINANCIAL PARTNERSHIP, L.P.
                                                  RIKLIS FAMILY CORPORATION
26                                                EII HOLDINGS, INC.

27   ///

28   ///                                                                    EXHIBIT B

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

| | |
|---|---|
| 1 | EXHIBIT B (Cont'd) |
| 2 | ALTERNATE ENTITY |
| 3 | R.F. MACDONALD CO.    CALIFORNIA BOILER |
| 4 | HONEYWELL INTERNATIONAL, INC.    HONEYWELL, INC. |

1

2

3    R.F. MACDONALD CO.                    CALIFORNIA BOILER

4    HONEYWELL INTERNATIONAL, INC.    HONEYWELL, INC.
                                                        HONEYWELL CONTROLS
5                                                       ALLIEDSIGNAL, INC.
                                                        AIRESEARCH DOMESTIC INTERNATIONAL SALES
6                                                       CORPORATION
                                                        ALLIED-SIGNAL, INC.
7                                                       THE BENDIX CORPORATION
                                                        BENDIX PRODUCTS AUTOMOTIVE DIVISION
8                                                       BENDIX PRODUCTS DIVISION, BENDIX AVIATION CORP.
                                                        BENDIX HOME SYSTEMS
9                                                       ALLIED CORPORATION
                                                        ALLIED CHEMICAL CORPORATION
10                                                      GENERAL CHEMICAL CORPORATION
                                                        FRAM
11                                                      FRICTION MATERIALS OF LOS ANGELES
                                                        NORTH AMERICAN REFRACTORIES COMPANY
12                                                      EM SECTOR HOLDINGS INC.
                                                        UNIVERSAL OIL PRODUCTS COMPANY
13                                                      BOYLSTON CORPORATION
                                                        EHRHART & ASSOCIATES, INC.
14                                                      EHRHART & ARTHUR, INC.
                                                        GARRETT AIR RESEARCH CORP.
15                                                      STANLEY G. FLAGG & CO.
                                                        MERGENTHALER LINOTYPE COMPANY
16                                                      ELTRA CORPORATION
                                                        BUNKER RAMO-ELTRA CORPORATION
17                                                      MINNEAPOLIS-HONEYWELL REGULATOR COMPANY
                                                        SIGNAL COMPANIES, INC., THE
18                                                      HANCOCK OIL COMPANY
                                                        BARRETT DIVISION, ALLIED CHEMICAL & DYE
19                                                      CORPORATION

20    DANA CORPORATION                      VICTOR MANUFACTURING AND GASKET COMPANY
                                                        SMITH AND KANZLER CO., INC.
21                                                      SMITH AND KANZLER CORPORATION
                                                        SPRAYED INSULATION, INC.
22                                                      S.K. INSULROCK CORPORATION
                                                        SPRAYON RESEARCH CORPORATION
23                                                      SPRAYON INSULATION & ACOUSTICS, INC.
                                                        SPRAYED INSULATION INC.
24                                                      WARNER ELECTRIC BRAKE & CLUTCH CO.
                                                        SPICER CLUTCH DIVISION
25
     UNIROYAL HOLDING, INC.                UNIROYAL, INC.
26    ///
27    ///
28    ///                                                                          EXHIBIT B

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1

EXHIBIT B (Cont'd)

2

ALTERNATE ENTITY

3   METALCLAD INSULATION          NORTHERN CALIFORNIA INSULATION, INC.
      CORPORATION                   SWEETSER ENTERPRISES
4                                   PACIFIC ASBESTOS & SUPPLY
                                    PACIFIC INSULATION SERVICES, INC.
5
     ALLIS-CHALMERS CORPORATION     BUDA ENGINE CO.
6      PRODUCT LIABILITY TRUST

7   TIMEC COMPANY, INC.             THE INDUSTRIAL MAINTENANCE ENGINEERING
                                       CONTRACTING CO.
8
     RMC PACIFIC MATERIALS, INC.    DAVENPORT CEMENT
9                                   LONE STAR INDUSTRIES, INC.
                                    LONE STAR CEMENT
10                                  RHODES-JAMIESON
                                    PACIFIC COAST AGGREGATES
11                                  SANTA CRUZ CEMENT
                                    PACIFIC READY-MIX, INC.
12
     PEUGEOT MOTORS OF AMERICA, INC.  CITROEN CARS CORPORATION
13
     LAHER SPRING & ELECTRIC        LAHER SPRING & TIRE CORPORATION
14     CAR CORP.

15   ///

16

17

18

19

20

21

22

23

24

25

26

27

28   ///                                                    EXHIBIT B

FIRST AMENDED COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT B-1



## San Francisco Superior Courts
### Information Technology Group

# Document Scanning Lead Sheet
May-29-2008 12:54 pm

Case Number: CGC-08-274678

Filing Date: May-29-2008 12:49

Juke Box: 001    Image: 02138034

COMPLAINT

ARGARET LINDSEY et al VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIB

001C02138034

**Instructions:**
Please place this sheet on top of the document to be scanned.

# SUMMONS
## (CITATION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ASBESTOS DEFENDANTS (B✥P)
As Reflected on Exhibits B, B-1, C, H, I; and DOES 1-8500;
and SEE ATTACHED LIST.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARGARET LINDSEY, as Wrongful Death Heir, and as Successor-in-Interest
to ROBERT LINDSEY, Deceased; and CYNTHIA LINDSEY TATE and
MARCUS LINDSEY, as Legal Heirs of ROBERT LINDSEY, Deceased.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN FRANCISCO COUNTY SUPERIOR COURT
400 McAllister Street
San Francisco, CA 94102

CASE NUMBER:
*(Número del Caso):*
CGC-08-274678

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✥PURCELL LLP
222 Rush Landing Road,  Novato, CA 94948-6169          (415) 898-1555

P. NATT

DATE:  MAY 2 9 2008      Gordon Park-Li      Clerk, by _____ Deputy
*(Fecha)*                              *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO PERSON SERVED: You are served**

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association of partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev.January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

1

2

3   ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
    BUCYRUS INTERNATIONAL, INC.
4   ASBESTOS CORPORATION LIMITED
    GENERAL DYNAMICS CORPORATION
5   CROWN CORK & SEAL COMPANY, INC.
    THOMAS DEE ENGINEERING CO., INC.
6   FOSTER WHEELER, LLC ( FKA FOSTER WHEELER CORPORATION)
7   GARLOCK SEALING TECHNOLOGIES, LLC
    METALCLAD INSULATION CORPORATION
8   OWENS-ILLINOIS, INC.
    PARKER-HANNIFIN CORPORATION
9   PLANT INSULATION COMPANY
    QUINTEC INDUSTRIES, INC.
10  RAPID-AMERICAN CORPORATION
    UNIROYAL HOLDING, INC.
11  VIACOM, INC.
    WESTERN MacARTHUR COMPANY
12  MacARTHUR COMPANY
    WESTERN ASBESTOS COMPANY
13  INGERSOLL-RAND COMPANY
    HOPEMAN BROTHERS, INC.
14  J.T. THORPE & SON, INC.
    METROPOLITAN LIFE INSURANCE COMPANY
15  PNEUMO ABEX LLC
    GATKE CORPORATION
16  AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
17  UNDERWRITERS LABORATORIES, INC.
    and DOES 1-8500,
18
        Defendants.
19

20

21

22

23

24

25

26

27  Margaret Lindsey, et al. vs. Asbestos Defendants (B✠P)
28  San Francisco Superior Court

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON❖PURCELL LLP
222 Rush Landing Road
Novato, California 94948-6169
TELEPHONE NO.: (415) 898-1555    FAX NO.: (415) 898-1247
ATTORNEY FOR (NAME): Plaintiff(s)

**FOR COURT USE ONLY**

# FILED
San Francisco County Superior Court

MAY 2 9 2008

GORDON PARK-LI, Clerk
BY: *Param Natt*
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME:
MARGARET LINDSEY, et al. vs. ASBESTOS DEFENDANTS (B❖P)

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 08-274678 |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☒ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental / Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (*not specified above*) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (*not specified above*) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☒ punitive
4. Number of causes of action (*specify*): 9
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)
Date: 5/29/08

David R. Donadio
(TYPE OR PRINT NAME)    ► *(signature)*    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet shall be used for statistical purposes only.    Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740
Cal. Standards of Judicial Administration, std 3.10
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

1 DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
2 Attorneys at Law
222 Rush Landing Road
3 P.O. Box 6169
Novato CA 94948-6169 CASE MANAGEMENT CONFERENCE SET
4 (415) 898-1555

5 Attorneys for Plaintiffs

6

7

SUMMONS ISSUED
F I L E D
San Francisco County Superior Court

MAY 2 9 2008

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

P. NATT

JUN 1 8 2009  -1:30PM

DEPARTMENT 206

8 **SUPERIOR COURT OF CALIFORNIA**

9 **COUNTY OF SAN FRANCISCO**

10

11 MARGARET LINDSEY, as Wrongful
Death Heir, and as Successor-in-Interest to
12 ROBERT LINDSEY, Deceased; and
CYNTHIA LINDSEY TATE and
13 MARCUS LINDSEY, as Legal Heirs of
ROBERT LINDSEY, Deceased,
14
Plaintiffs,
15
vs.
16
ASBESTOS DEFENDANTS (B❖P)
17 As Reflected on Exhibits B, B-1, C, H, I;
and DOES 1-8500; and SEE ATTACHED
18 LIST.

19

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

ASBESTOS
No.
**C G C - 0 8 - 2 7 4 6 7 8**

COMPLAINT FOR SURVIVAL,
WRONGFUL DEATH - ASBESTOS

THIS CASE IS SUBJECT TO
MANDATORY ELECTRONIC FILING
PURSUANT TO AMENDED G.O. 158

20   1.   ROBERT LINDSEY (hereinafter and in the Complaint referred to as "decedent")

21 died on August 26, 2007.

22   2.   MARGARET LINDSEY is the Successor-in-Interest to decedent.

23   3.   The heirs-at-law of decedent and their relationships to the decedent are:

24 | NAME | AGE | RELATIONSHIP TO DECEDENT |
|------|-----|--------------------------|
25 | MARGARET LINDSEY | 70 Years | Spouse |
| CYNTHIA LINDSEY TATE | Over 18 | Daughter |
26 | MARCUS LINDSEY | Over 18 | Son |

27   4.   Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

28 Procedure as decedent's legal heirs.

K:\Injured\108605\cmp-wdsrv2.wpd                    1
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

2

3    ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
     BUCYRUS INTERNATIONAL, INC.
4    ASBESTOS CORPORATION LIMITED
     GENERAL DYNAMICS CORPORATION
5    CROWN CORK & SEAL COMPANY, INC.
     THOMAS DEE ENGINEERING CO., INC.
6    FOSTER WHEELER, LLC ( FKA FOSTER WHEELER CORPORATION)
     GARLOCK SEALING TECHNOLOGIES, LLC
7    METALCLAD INSULATION CORPORATION
     OWENS-ILLINOIS, INC.
8    PARKER-HANNIFIN CORPORATION
     PLANT INSULATION COMPANY
9    QUINTEC INDUSTRIES, INC.
     RAPID-AMERICAN CORPORATION
10   UNIROYAL HOLDING, INC.
     VIACOM, INC.
11   WESTERN MacARTHUR COMPANY
     MacARTHUR COMPANY
12   WESTERN ASBESTOS COMPANY
     INGERSOLL-RAND COMPANY
13   HOPEMAN BROTHERS, INC.
     J.T. THORPE & SON, INC.
14   METROPOLITAN LIFE INSURANCE COMPANY
     PNEUMO ABEX LLC
15   GATKE CORPORATION
     AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
16   UNDERWRITERS LABORATORIES, INC.
     and DOES 1-8500,
17
18        Defendants.
19
20
21
22
23
24
25
26
27
28   Margaret Lindsey, et al. vs. Asbestos Defendants (B◆P)
     San Francisco Superior Court

1        5.    At all times prior to his death, decedent was a faithful and dutiful spouse to

2    plaintiff MARGARET LINDSEY and parent to plaintiff children.

3        6.    Plaintiffs' claims are as set forth in ©Brayton❖Purcell Master Complaint for

4    [Survival] [Loss of Consortium] Wrongful Death (hereinafter "Master Complaint") - Asbestos

5    No. 828684 filed March 3, 2003, in San Francisco Superior Court.  A copy of the Master

6    Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and

7    designated portions of the Master Complaint are incorporated by reference herein pursuant to the

8    authority conferred by General Order No. 55.  Plaintiffs' claims are as set forth in said Master

9    Complaint against defendants herein as follows:

10   ///

11   ///

12   ///

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K \Injured\109605\cmp-mdsrv2.wpd

2

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ☒ | ☒ | | | | | | | | | | | |
| Second (Products Liability-Survival) | ☒ | ☒ | | | | | | | | | | | |
| Third (False Representation) | ☒ | ☒ | | | | □ | □ | | | | □ | □ | □ |
| Fourth (Loss of Consortium) | □ | | | | | □ | □ | □ | □ | □ | □ | □ | □ |
| Fifth (Negligence-Wrongful Death) | ☒ | ☒ | | | | □ | □ | | | | □ | □ | □ |
| Sixth (Products Liability-Wrongful Death) | ☒ | ☒ | ☒ | | | □ | | | □ | | □ | □ | □ |
| Seventh (Premises Owner/Contractor Liability) | | | ☒ | | | | □ | | | | □ | □ | □ |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | | □ | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | □ | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | □ | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | □ □ | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | | ☒ | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | | □ □ | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | | □ | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | | | □ | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | | | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

7.    Decedent's asbestos-related injury, date of diagnosis, employment status, and history of exposure to asbestos are as stated on Exhibit A.

8.    Decedent was unaware he was suffering from an asbestos-related disease before he died.

9.    Plaintiffs' claims against defendant VIACOM, INC. (successor by merger to CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC CORPORATION) exclude military and federal government jobsites.

Dated: _5/28/68_                              BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs

4

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT A

EXHIBIT A

Decedent's exposure to asbestos and asbestos-containing products occurred at various locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| United States Navy | Naval Training Center San Diego, CA | Trainee | 1954 |
| | Pearl Harbor Naval Shipyard Honolulu, HI | Shipfitter | 1954-1956 |
| | Hunters Point Naval Shipyard San Francisco, CA | Shipfitter | 1956-1958 |
| | USS GENERAL A. E. ANDERSON (AP-211); repair port, Naval Repair Facility Okinawa, Japan | | 11/16/1957- 7/22/1958 |
| | GENERAL J. C. BRECKINRIDGE (AP-176) | Shipfitter | 9/16/1958- 7/10/1961 |
| | Naval Repair Facility 32nd Street Annex San Diego, CA | Shipfitter | 7/11/1961- 8/15/1963 |
| | USS COCOPA (ATF-101) | | 8/16/1963- 7/6/1964 |
| | Pearl Harbor Naval Shipyard Honolulu, HI | Shipfitter | 7/7/1964- 10/16/1964 |
| | USS HASSAYAMPA (AO-145); repair port, Naval Repair Facility Subic Bay, Philippines | Shipfitter | 10/17/1964- 7/22/1968 |
| | Little Creek Naval Amphibious Base Norfolk, VA | Shipfitter | 7/23/1968- 8/31/1968 |
| | USS CAMBRIA (APA-36) | Shipfitter | 9/1/1968- 5/22/1970 |

/// 

EXHIBIT A

K:\Injured\10860\cmp-wdsrv2.wpd

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| United States Navy (cont'd.) | United States Naval Recruiting Office Evanston, IL | Recruiter | 1971 (3 months) |
| | United States Naval Recruiting Office Waukegan, WI | Recruiter | 1971-1973 |

PARA-OCCUPATIONAL EXPOSURE:

Decedent's father drove a tractor that dug trenches. Decedent's father did not do any work with asbestos-cement pipe.

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties, asbestosis, lung and/or other cancer, mesothelioma, and/or other lung damage. Decedent was diagnosed with lung cancer on or about July 2007.

Decedent retired from his last place of employment at regular retirement age. He had therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

EXHIBIT A

# EXHIBIT B

1        <u>EXHIBIT B</u>

2    <u>DEFENDANTS</u>

3    ALLIS-CHALMERS CORPORATION PRODUCT          PARKER-HANNIFIN CORPORATION
         LIABILITY TRUST                          PLANT INSULATION COMPANY
4    BUCYRUS INTERNATIONAL, INC.                  QUINTEC INDUSTRIES, INC.
     ASBESTOS CORPORATION LIMITED                 RAPID-AMERICAN CORPORATION
5    GENERAL DYNAMICS CORPORATION                 UNIROYAL HOLDING, INC.
     CROWN CORK & SEAL COMPANY, INC.              VIACOM, INC.
6    THOMAS DEE ENGINEERING CO., INC.             WESTERN MacARTHUR COMPANY
     FOSTER WHEELER, LLC ( FKA FOSTER             MacARTHUR COMPANY
7        WHEELER CORPORATION)                     WESTERN ASBESTOS COMPANY
     GARLOCK SEALING TECHNOLOGIES, LLC            INGERSOLL-RAND COMPANY
8    METALCLAD INSULATION CORPORATION             DOES 1-800
     OWENS-ILLINOIS, INC.
9

10                                        <u>ALTERNATE ENTITY</u>

11   BUCYRUS INTERNATIONAL, INC.          BUCYRUS-ERIE
                                          MARION POWER SHOVEL COMPANY, THE
12                                        OSGOOD COMPANY
                                          GENERAL EXCAVATOR COMPANY
13
     ASBESTOS CORPORATION LIMITED         GENERAL DYNAMICS CORPORATION
14
     GENERAL DYNAMICS CORPORATION         CONVAIR
15                                        VULTEE AIRCRAFT INC.
                                          CONSOLIDATED VULTEE AIRCRAFT CORPORATION
16                                        ASBESTOS CORPORATION LIMITED

17   CROWN CORK & SEAL COMPANY,           MUNDET CORK COMPANY
         INC.
18
     FOSTER WHEELER LLC                   FOSTER WHEELER CORPORATION
19
     GARLOCK SEALING                      GARLOCK, INC.
20       TECHNOLOGIES, LLC                COLTEC INDUSTRIES, INC.
                                          FAIRBANKS-MORSE
21                                        FAIRBANKS MORSE ENGINES
                                          BELMONT PACKING & RUBBER CO.
22                                        GARLOCK PACKING CO.
                                          U.S. GASKET CO.
23                                        GOODRICH CORPORATION
                                          ENPRO INDUSTRIES, INC.
24
     PARKER-HANNIFIN CORPORATION          SACOMA-SIERRA, INC.
25                                        SACOMA MANUFACTURING COMPANY
                                          E.I.S. AUTOMOTIVE CORPORATION
26                                        CONDREN CORPORATION, THE
                                          PARKER SEAL COMPANY
27   ///

28   ///                                                                    EXHIBIT B

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

| | |
|---|---|
| UNIROYAL HOLDING, INC. | UNIROYAL, INC. |
| VIACOM, INC. | CBS CORPORATION<br>WESTINGHOUSE ELECTRIC CORPORATION<br>WESTINGHOUSE ELECTRIC AND<br>  MANUFACTURING COMPANY<br>B.F. STURTEVANT<br>KPIX TELEVISION STATION<br>PARAMOUNT COMMUNICATIONS, INC. |
| WESTERN MacARTHUR<br>  COMPANY | WESTERN ASBESTOS CO.<br>MAC ARTHUR COMPANY<br>BAY CITIES ASBESTOS COMPANY<br>F.K. PINNEY, INC. |
| INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP<br>DRESSER-RAND CO.<br>PACIFIC PUMP WORKS<br>FLOWSERVE CORPORATION<br>INGERSOLL ROCK DRILL COMPANY<br>TERRY STEAM TURBINE CO.<br>WHITON MACHINE COMPANY<br>RAND DRILL COMPANY<br>RAND & WARING DRILL AND COMPRESSOR COMPANY<br>INGERSOLL-SERGEANT<br>SCHLAGE LOCK COMPANY<br>VON DUPRIN<br>THE TORRINGTON COMPANY<br>BLAW-KNOX COMPANY<br>ALDRICH PUMPS |

EXHIBIT B

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT B-1

1

<u>EXHIBIT B-1</u>

2    <u>DEFENDANTS</u>

3    HOPEMAN BROTHERS, INC.
     THOMAS DEE ENGINEERING CO., INC.
4    J.T. THORPE & SON, INC.
     DOES 1-800; DOES 1001-2000
5                                    <u>ALTERNATE ENTITY</u>

6    J.T. THORPE & SON, INC.         THE THORPE COMPANY
                                     THORPE PRODUCTS CO.
7                                    J.T. THORPE NORTHWEST

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    EXHIBIT B-1

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT C

1

**EXHIBIT C**

2    **DEFENDANTS**

3    VIACOM, INC.                                    PLANT INSULATION COMPANY
     METALCLAD INSULATION CORPORATION               WESTERN MacARTHUR COMPANY
4    HOPEMAN BROTHERS, INC.                          MacARTHUR COMPANY
     THOMAS DEE ENGINEERING CO., INC.                WESTERN ASBESTOS COMPANY
5    J.T. THORPE & SON, INC.                         DOES 1001-2000

6
     PREMISES OWNER
7    **DEFENDANTS**                    **LOCATION**              **TIME PERIOD**

8    VIACOM, INC.                     Various                   Various

9
     CONTRACTOR
10   **DEFENDANTS**                    **LOCATION**              **TIME PERIOD**

11   METALCLAD INSULATION             Various                   Various
     CORPORATION
12
     HOPEMAN BROTHERS, INC.           Various                   Various
13
     THOMAS DEE ENGINEERING CO., INC.  Various                   Various
14
     J.T. THORPE & SON, INC.          Various                   Various
15
     PLANT INSULATION COMPANY         Various                   Various
16
     WESTERN MacARTHUR                 Various                   Various
17   COMPANY/MacARTHUR
     COMPANY/WESTERN ASBESTOS
18   COMPANY

19

20

21

22

23

24

25

26

27

28                                                                      EXHIBIT C

K:\Injured\108605\cmp-wdsrv2.wpd                    14
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

**Superior Court of California, County of San Francisco**

Case Number: CGC-08-274678

Title: MARGARET LINDSEY et al VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS et al

Cause of Action: ASBESTOS

Generated: Aug-10-2008 8:30 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date May-29-2008    Last Date Aug-10-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence       ALL FILING TYPES       Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| AUG-07-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20977649) FILED BY DEFENDANT ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST | View | 335.00 |
| JUL-24-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20790050) FILED BY DEFENDANT PLANT INSULATION CO. | View | 335.00 |
| JUL-24-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20790050) FILED BY DEFENDANT METALCLAD INSULATION CORP. | View | 335.00 |
| JUL-07-2008 | DECLARATION OF MARGARET LINDSEY UNDER C.C.P. § 377.32 (TRANSACTION ID # 20537727) FILED BY PLAINTIFF LINDSEY, MARGARET , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO ROBERT LINDSEY, DECEASED TATE, CYNTHIA LINDSEY , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED LINDSEY, MARCUS , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED | View | |
| MAY-29-2008 | PRELIMINARY FACT SHEET FILED BY PLAINTIFF LINDSEY, MARGARET , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO ROBERT LINDSEY, DECEASED TATE, CYNTHIA LINDSEY , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED LINDSEY, MARCUS , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED | | |
| MAY-29-2008 | NOTICE TO PLAINTIFF | View | |
| MAY-29-2008 | ASBESTOS, COMPLAINT FILED BY PLAINTIFF LINDSEY, MARGARET , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO ROBERT LINDSEY, DECEASED TATE, CYNTHIA LINDSEY , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED LINDSEY, MARCUS , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B, B-1, C, H, I DOES 1-8500 ALL ASBESTOS DEFENDANTS SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUN-18-2009 | View | 335.00 |

**Superior Court of California, County of San Francisco**

Case Number: CGC-08-274678

Title: MARGARET LINDSEY et al VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS
et al

Cause of Action: ASBESTOS

Generated: Aug-10-2008 8:30 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date May-29-2008    Last Date Aug-10-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence    ALL FILING TYPES    Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| AUG-07-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20977649) FILED BY DEFENDANT ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST | View | 335.00 |
| JUL-24-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20790050) FILED BY DEFENDANT PLANT INSULATION CO. | View | 335.00 |
| JUL-24-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20790050) FILED BY DEFENDANT METALCLAD INSULATION CORP. | View | 335.00 |
| JUL-07-2008 | DECLARATION OF MARGARET LINDSEY UNDER C.C.P. § 377.32 (TRANSACTION ID # 20537727) FILED BY PLAINTIFF LINDSEY, MARGARET , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO ROBERT LINDSEY, DECEASED TATE, CYNTHIA LINDSEY , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED LINDSEY, MARCUS , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED | View | |
| MAY-29-2008 | PRELIMINARY FACT SHEET FILED BY PLAINTIFF LINDSEY, MARGARET , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO ROBERT LINDSEY, DECEASED TATE, CYNTHIA LINDSEY , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED LINDSEY, MARCUS , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED | | |
| MAY-29-2008 | NOTICE TO PLAINTIFF | View | |
| MAY-29-2008 | ASBESTOS, COMPLAINT FILED BY PLAINTIFF LINDSEY, MARGARET , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO ROBERT LINDSEY, DECEASED TATE, CYNTHIA LINDSEY , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED LINDSEY, MARCUS , AS LEGAL HEIRS OF ROBERT LINDSEY, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B, B-1, C, H, I DOES 1-8500 ALL ASBESTOS DEFENDANTS SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUN-18-2009 | View | 335.00 |

## Superior Court of California, County of San Francisco

Case Number: CGC-08-274549

Title: MARGARET MCCUE et al VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS et al

Cause of Action: ASBESTOS

Generated: Aug-10-2008 8:48 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date Feb-20-2008    Last Date Aug-10-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence    ALL FILING TYPES    Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| JUL-08-2008 | DISMISSAL WITHOUT PREJUDICE OF 1ST AMENDED COMPLAINT (TRANSACTION ID # 20557027)WITH A MUTUAL WAIVER OF COSTS AS TO DEFENDANT TEAM INDUSTRIAL SERVICES INCORPORATED | View | |
| JUN-12-2008 | DISMISSAL WITHOUT PREJUDICE OF 1ST AMENDED COMPLAINT (TRANSACTION ID # 20228037) AS TO DEFENDANT KAISER VENTURES LLC | View | |
| JUN-11-2008 | ORDER STIPULATION RE: RELEASE OF RECORDS, AND ORDER | View | |
| MAY-30-2008 | ANSWER TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 20050033) FILED BY DEFENDANT GENERAL ELECTRIC COMPANY | View | |
| MAY-28-2008 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER HEWLETT (TRANSACTION ID # 20014609) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | |
| MAY-28-2008 | OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL (TRANSACTION ID # 20014609) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | |
| MAY-28-2008 | DEMAND FOR JURY (TRANSACTION ID # 20014609) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | |
| MAY-28-2008 | ANSWER TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 20014609) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | 335.00 |
| MAY-27-2008 | PROOF OF SERVICE (TRANSACTION ID # 19975120) FILED BY DEFENDANT CRANE CO. | View | |
| MAY-27-2008 | DEMAND FOR JURY (TRANSACTION ID # 19975120) FILED BY DEFENDANT CRANE CO. | View | |
| MAY-27-2008 | ANSWER TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 19975120) FILED BY DEFENDANT CRANE CO. | View | 335.00 |
| MAY-23-2008 | DEMAND FOR JURY TRIAL (TRANSACTION ID # 19972052) FILED BY DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY | View | |
| MAY-23-2008 | ANSWER TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 19972052) FILED BY DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY | View | 335.00 |
| MAY-23-2008 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL | View | 335.00 |

| | | | |
|---|---|---|---|
| | (TRANSACTION ID # 19966082) FILED BY DEFENDANT GENERAL ELECTRIC COMPANY | | |
| MAY-13-2008 | AMENDMENT TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 19804779) DEFENDANT SUED HEREIN AS DOE 1 AND 1001 TO BE TEAM INDUSTRIAL SERVICES INCORPORATED | View | |
| APR-16-2008 | SUMMONS ISSUED (FIRST AMENDED COMPLAINT) TO PLAINTIFF MCCUE, MARGARET ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO STANLEY MCCUE, DECEASED FINCH, STEPHANIE ,AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED MCCUE, JEFFERY , AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED MCCUE, JEFFREY AS LEGAL HEIR OF STANLEY MCCUE, DECEASED | View | |
| APR-14-2008 | 1ST AMENDED COMPLAINT (TRANSACTION ID # 19391322) FILED BY PLAINTIFF MCCUE, MARGARET ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO STANLEY MCCUE, DECEASED FINCH, STEPHANIE ,AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED MCCUE, JEFFREY AS LEGAL HEIR OF STANLEY MCCUE, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B, C, H, I DOES 1-8500 | View | |
| FEB-20-2008 | PRELIMINARY FACT SHEET FILED BY PLAINTIFF MCCUE, MARGARET ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO STANLEY MCCUE, DECEASED FINCH, STEPHANIE ,AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED MCCUE, JEFFERY , AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED | | |
| FEB-20-2008 | NOTICE TO PLAINTIFF | View | |
| FEB-20-2008 | ASBESTOS, COMPLAINT FILED BY PLAINTIFF MCCUE, MARGARET ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO STANLEY MCCUE, DECEASED FINCH, STEPHANIE ,AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED MCCUE, JEFFERY , AS LEGAL HEIRS OF STANLEY MCCUE, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B, C, H, I DOES 1-8500 ALL ASBESTOS DEFENDANTS SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEB-19-2009 | View | 335.00 |

## Superior Court of California, County of San Francisco

Case Number: CGC-03-421945

Title: GEORGE VALLADON VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS

Cause of Action: ASBESTOS

Generated: Aug-10-2008 8:44 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date  Jun-30-2003    Last Date  Aug-10-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence    Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| AUG-04-2008 | SUMMONS ISSUED TO PLAINTIFF VALLADON, GEORGE VALLADON, JOANN AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO GEORGE VALLADON, DECEASED VALLADON, BRAD AS LEGAL HEIRS OF GEORGE VALLADON, DECEASED SISSOM, JOYCE AS LEGAL HEIRS OF GEORGE VALLADON, DECEASED VALLADON, TERRY AS LEGAL HEIRS OF GEORGE VALLADON, DECEASED | View | |
| JUL-11-2008 | ANSWER TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 20607558) FILED BY DEFENDANT HONEYWELL INTERNATIONAL, INC. | View | |
| JUL-07-2008 | OJBECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL (TRANSACTION ID # 20537302) FILED BY DEFENDANT DANA COMPANIES, LLC ERRONEOUSLY SUED AS DANA CORPORATION | View | |
| JUL-07-2008 | ANSWER TO 1ST AMENDED COMPLAINT (TRANSACTION ID # 20537302) FILED BY DEFENDANT DANA COMPANIES, LLC ERRONEOUSLY SUED AS DANA CORPORATION | View | |
| JUN-12-2008 | 1ST AMENDED COMPLAINT (TRANSACTION ID # 20211085) FILED BY PLAINTIFF VALLADON, JOANN AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO GEORGE VALLADON, DECEASED VALLADON, BRAD AS LEGAL HEIRS OF GEORGE VALLADON, DECEASED SISSOM, JOYCE AS LEGAL HEIRS OF GEORGE VALLADON, DECEASED VALLADON, TERRY AS LEGAL HEIRS OF GEORGE VALLADON, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B,B-1,C,H,I | View | |
| JUN-12-2008 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED APPOINTING JOANN VALLADON AS SUCCESSOR-IN-INTEREST TO DECEASED PLAINTIFF AND GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT (TRANSACTION ID # 20211085) FILED BY PLAINTIFF VALLADON, GEORGE | View | |
| JUN-10-2008 | MINI-MINUTES FOR JUN-10-2008 9:30 AM | | |
| JUN-10-2008 | ORDER APPOINTING JOANN VALLADON AS SUCCESSOR-IN-INTEREST TO, AND SUBSTITUTE SUCCESSOR-IN-INTEREST FOR, DECEASED PLAINTIFF AND GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT | View | |
| JUN-10-2008 | LAW AND MOTION 301, PLAINTIFF GEORGE VALLADON'S MOTION TO APPOINT JOANN VALLADON AS SUCCESSOR-IN-INTEREST TO, AND SUBSTITUTE SUCCESSOR-IN-INTEREST FOR, DECEASED PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IS GRANTED. NO OPPOSITION FILED. ORDER SIGNED IN OPEN COURT. JUDGE: PETER J. BUSCH, REPORTER: CAROL KAREN, CSR# 8189 (301/PJB) | | |
| MAY-12-2008 | DECLARATION OF DECLARATION OF JOANN VALLADON UNDER C.C.P. § 377.32 (TRANSACTION ID # 19797922) FILED BY PLAINTIFF VALLADON, GEORGE | View | |
| MAY-12-2008 | DECLARATION OF DAVID R. DONADIO IN SUPPORT OF MOTION TO APPOINT JOANN VALLADON AS SUCCESSOR-IN-INTEREST TO, AND | View | |

| | | | |
|---|---|---|---|
| | SUBSTITUTE SUCCESSOR-IN-INTEREST FOR, DECEASED PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (TRANSACTION ID # 19797922) FILED BY PLAINTIFF VALLADON, GEORGE | | |
| MAY-12-2008 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPOINT JOANN VALLADON AS SUCCESSOR-IN-INTEREST TO, AND SUBSTITUTE SUCCESSOR-IN-INTEREST FOR, DECEASED PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (TRANSACTION ID # 19797922) FILED BY PLAINTIFF VALLADON, GEORGE | View | |
| MAY-12-2008 | NOTICE OF MOTION AND MOTION TO APPOINT JOANN VALLADON AS SUCCESSOR-IN-INTEREST TO, AND SUBSTITUTE SUCCESSOR-IN-INTEREST FOR, DECEASED PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, PROOF OF SERVICE (TRANSACTION ID # 19797922) FILED BY PLAINTIFF VALLADON, GEORGE HEARING SET FOR JUN-10-2008 AT 09:30 AM IN DEPT 301 | View | 40.00 |
| JAN-28-2008 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 18288095) AS TO DEFENDANT SEQUOIA VENTURES INC | View | |
| OCT-19-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 16751791) AS TO DEFENDANT GENERAL ELECTRIC COMPANY AND ITS OFFICERS, DIRECTORS, EMPLOYEES, ATTORNEYS, PARENTS, SUBSIDIARIES, SUBSIDIARIES OF ITS PARENTS, DIVISIONS, AFFILIATES, PREDECESSORS-IN-INTEREST, SUCCESSORS-IN-INTEREST, INSURERS, AND AGNETS | View | |
| SEP-24-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 16423763) AS TO DEFENDANT FALSTAFF BREWING CORPORATION LUCKY LAGER BREWING COMPANY | View | |
| SEP-12-2007 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT (TRANSACTION ID # 16280165) AS TO DEFENDANT PLANT INSULATION COMPANY | View | |
| SEP-05-2007 | REMOVED FROM ASBESTOS JURY TRIAL CALENDAR SET FOR SEP-05-2007 - OFF CALENDAR, PLAINTIFF DECEASED. (D608, JUDGE TOMAR MASON, REPORTER KATHY KOLLEHNER, #4102, CLERK BARBARA HING) | | |
| AUG-29-2007 | JURY FEES TRUST RECEIPT # 19086 DEPOSITED BY DEFENDANT PLANT INSULATION COMPANY | | 150.00 |
| JUL-30-2007 | INDEX OF MOTIONS IN LIMINE (TRANSACTION ID # 15760063) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | |
| JUN-12-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 15194099) AS TO DEFENDANT GENERAL MOTORS CORPORATION AND FORD MOTOR COMPANY | View | |
| MAY-07-2007 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE (TRANSACTION ID # 14747967) FILED BY DEFENDANT ASBESTOS CORPORATION LTD. | View | |
| MAY-01-2007 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT (TRANSACTION ID # 14676959) AS TO DEFENDANT ASBESTOS CORPORATION LTD. | View | |
| APR-30-2007 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT (TRANSACTION ID # 14659618) AS TO DEFENDANT THORPE INSULATION COMPANY | View | |
| APR-16-2007 | ORDER GRANTING MOTION FOR CONTINUANCE OF TRIAL | View | |
| APR-16-2007 | STIPULATION RE CONTINUANCE OF TRIAL FILED BY PLANT INSULATION COMPANY VALLADON, GEORGE | View | |
| APR-13-2007 | ASBESTOS JURY TRIAL SET FOR APR-13-2007 - (BRAYTON 364 - LEAD CASE 407308, THOMAS SOUZA) - ORDER GRANTING DEFENDANT PLANT INSULATION'S MOTION TO CONTINUE AND TO SEVERED FROM ITS CURRENT BRAYTON 364 AND REASSIGNED FOR TRIAL FOR SEPT. 19, 2007, 9:00 AM IN DEPT 608. CONTINUED TO SEP-05-2007 AT 1:30 PM IN 608 FOR STATUS AND MANDATORY SETTLEMENT CONFERENCE. JUDGE TOMAR MASON. REPORTER DEBORAH | | |

| | | | |
|---|---|---|---|
| | NEVILLE. CLERK BARBARA HING (D608) | | |
| APR-13-2007 | TRIAL MOTION CALENDAR ON APR-13-2007 IN DEPT. 608, MOTION FOR CONTINUANCE OF TRIAL GRANTED, PURSUANT TO WRITTEN ORDER. JUDGE TOMAR MASON. REPORTER DEBORAH NEVILLE. CLERK BARBARA HING (D608) | | |
| APR-11-2007 | SUBSTITUTION OF ATTORNEY, (TRANSACTION ID # 14444391): SHARP, GARY D SUBSTITUTED FOR WAH, DOUGLAS GARTH AS ATTORNEY FOR THORPE INSULATION COMPANY | View | |
| APR-10-2007 | ASBESTOS MOTION IN DEPT. 608, MOTION TO CONTINUE OR VACATE TRIAL/SETTLEMENT CONFERENCE CONTINUED FROM APR-10-2007 TO TRIAL DEPT. MOTION AT APR-13-2007, 1:30 PM IN DEPT. 608. PLAINTIFF'S COUNSEL TO NOTIFY ALL PARTIES. JUDGE TOMAR MASON. CLERK BARBARA HING (D608) | | |
| APR-10-2007 | ASBESTOS JURY TRIAL SET FOR APR-10-2007 CONTINUED TO APR-13-2007 AT 1:30 PM IN 608 ON COURT'S OWN MOTION, PLAINTIFF'S COUNSEL TO NOTIFY ALL PARTIES. JUDGE TOMAR MASON. CLERK BARBARA HING (D608) | | |
| MAR-27-2007 | STATEMENT OF CONDITIONAL NON-OPPOSITION TO DEFENDANT PLANT INSULATION COMPANY'S MOTION TO CONTINUE TRIAL DATE OR SEVER (TRANSACTION ID # 14279768) FILED BY PLAINTIFF VALLADON, GEORGE | View | |
| MAR-27-2007 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE (TRANSACTION ID # 14274320) FILED BY DEFENDANT COLLINS ELECTRICAL COMPANY, INC. | View | |
| MAR-19-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 14170424) AS TO DEFENDANT COLLINS ELECTRICAL COMPANY, INC. | View | |
| MAR-19-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 14170424) AS TO DEFENDANT COLLINS ELECTRICAL COMPANY, INC. | View | |
| MAR-02-2007 | PROOF OF SERVICE OF MOTION VIA E-SERVICE (TRANSACTION ID # 13993345) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | |
| MAR-02-2007 | DECLARATION OF JOHN GREGORY IN SUPPORT OF DEFENDANT PLANT INSULATION COMPANYS MOTION TO CONTINUE OR VACATE TRIAL OR TO SEVER (TRANSACTION ID # 13993345) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | |
| MAR-02-2007 | DECLARATION OF STEPHEN CARLSON IN SUPPORT OF DEFENDANT PLANT INSULATION COMPANYS MOTION TO CONTINUE OR VACATE TRIAL OR TO SEVER (TRANSACTION ID # 13993345) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | |
| MAR-02-2007 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION (TRANSACTION ID # 13993345) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | |
| MAR-02-2007 | MOTION TO CONTINUE JURY TRIAL AND/OR SETTLEMENT CONFERENCE (TRANSACTION ID # 13993345) FILED BY DEFENDANT PLANT INSULATION COMPANY HEARING SET FOR APR-10-2007 AT 09:30 AM IN DEPT 608 | View | 40.00 |
| FEB-14-2007 | ANSWER TO COMPLAINT (TRANSACTION ID # 13810861) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | 335.00 |
| FEB-13-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 13790705) AS TO DEFENDANT GARLOCK SEALING TECHNOLOGIES, LLC. COLTEC INDUSTRIES, INC. | View | |
| FEB-08-2007 | MASTER JURY ASBESTOS CALENDAR OF FEB-08-2007 ASSIGNED TO ASBESTOS JURY TRIAL CALENDAR ON FEB-08-2007 AT 2:00 PM IN DEPT. 608, TOMAR MASON, AFTER BEING PLACED ON TELEPHONE STANDBY. JUDGE: A. JAMES ROBERTSON, II; CLERK: D. LOK; REPORTER: HELEN SOREP-MATLEY, CSR #9225 | | |
| FEB-08-2007 | MASTER JURY ASBESTOS CALENDAR SET FOR FEB-05-2007 CONTINUED TO MASTER CALENDAR JURY ASBESTOS (CONTINUED) | | |

| | | | |
|---|---|---|---|
| | ON FEB-08-2007 AT 2:00 PM IN 206 FOR TRIAL CALL AFTER BEING PLACED ON TELEPHONE STANDBY. (206) | | |
| FEB-08-2007 | ASBESTOS JURY TRIAL OF FEB-08-2007 - PRETRIAL DISCUSSIONS. PARTIES ARE TO REPORT TO D220 ON 3-21-07, 2:30 PM BEFORE JUDGE ROBERTSON FOR SETTLEMENT DISCUSSIONS. CONTINUED TO APR-10-2007 AT 10:00 AM IN 608 FOR STATUS CONFERENCE. JUDGE TOMAR MASON. REPORTER KIMBERLY JENNINGS, #11452. CLERK BARBARA HING (D608) | | |
| JAN-25-2007 | PROOF OF SERVICE ON MOTIONS IN LIMINES AND SUPPORTING DOCUMENTS (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | EXHIBIT A TO DECLARATION OF CATHERINE L. ERANTHE IN SUPPORT OF DEFENDANT THORPE INSULATION COMPANYS MOTION IN LIMINE TO LIMIT THE TESTIMONY OF CHARLES AY (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | DECLARATION OF CATHERINE L. ERANTHE IN SUPPORT OF DEFENDANT THORPE INSULATION COMPANYS MOTION IN LIMINE TO LIMIT THE TESTIMONY OF CHARLES AY (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | MOTION IN LIMINE MIL #5 (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | MOTION IN LIMINE MIL #4 (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | MOTION IN LIMINE MIL #3 (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | MOTION IN LIMINE MIL #2 (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | MOTION IN LIMINE MIL #1 (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | |
| JAN-25-2007 | INDEX OF MOTIONS IN LIMINE (TRANSACTION ID # 13592099) FILED BY DEFENDANT THORPE INSULATION COMPANY | View | 335.00 |
| JAN-12-2007 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 13444991) AS TO DEFENDANT STANDARD MOTOR PRODUCTS, INC. PARKER-HANNIFN CORPORATION AS PRODUCT SII TO EIS BRAKE PARTS | View | |
| JAN-03-2007 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE (TRANSACTION ID # 13337680) FILED BY DEFENDANT SANTA FE BRAUN, INC. AS SUCCESSOR IN INTEREST TO C.F. BRAUN, INC. | View | |
| DEC-12-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 13173734) AS TO DEFENDANT SANTA FE BRAUN, INC. AS SUCCESSOR IN INTEREST TO C.F. BRAUN, INC. | View | |
| NOV-30-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 13056658) AS TO DEFENDANT PACIFIC GAS & ELECTRIC COMPANY | View | |
| OCT-20-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 12692470) AS TO DEFENDANT VIACOM INC.,SUCCESSOR BY MERGER TO CBS CORPORATION | View | |
| OCT-02-2006 | MASTER JURY ASBESTOS CALENDAR SET FOR OCT-02-2006 CONTINUED TO MASTER CALENDAR JURY ASBESTOS ON FEB-05-2007 AT 11:15 AM IN 206 ON COURT'S OWN MOTION. LEAD CASE IS 407308 SOUZA V ASBESTOS DEFENDANTS. JUDGE ROBERT L. DONDERO; CLERK: R. GOULDING; REPORTER: JOANN BRYCE, CSR # 3221 (206) | | |
| SEP-18-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 12384866) AS TO DEFENDANT FOSTER WHEELER L.L.C. (SURVIVOR TO A MERGER WITH FOSTER WHEELER CORPORATION) | View | |
| SEP-13-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # | View | |

| | | | |
|---|---|---|---|
| | 12350913) AS TO DEFENDANT NESTLE USA,INC. | | |
| SEP-01-2006 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE (TRANSACTION ID # 12255296) FILED BY DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN | View | |
| AUG-22-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 12153096) AS TO DEFENDANT RILEY POWER, INC. | View | |
| AUG-21-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT (TRANSACTION ID # 12125258) AS TO DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. LAMONS GASKET COMPANY DBA POWER ENGINEERING AND EQUIPMENT COMPANY, INC. | View | |
| AUG-18-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 12122899) AS TO DEFENDANT CONSOLIDATED INSULATION, INC. | View | |
| AUG-18-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 12122502) AS TO DEFENDANT AMERICAN STANDARD, INC. | View | |
| AUG-18-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT (TRANSACTION ID # 12121443) AS TO DEFENDANT AMERICAN STANDARD, INC. | View | |
| AUG-02-2006 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE FILED BY DEFENDANT TODD SHIPYARDS CORPORATION | | |
| AUG-01-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT TODD SHIPYARDS CORPORATION | | |
| JUL-31-2006 | MASTER JURY ASBESTOS CALENDAR SET FOR JUL-31-2006 CONTINUED TO MASTER CALENDAR JURY ASBESTOS ON OCT-02-2006 AT 11:15 AM IN 206 ON THE COURT'S OWN MOTION. JUDGE DAVID L. BALLATI; CLERK: V. MU; REPORTER: YVONNE LEE CSR #5616 (206) | | |
| JUL-24-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT UNITED TECHNOLOGIES CORPORATION | | |
| JUL-24-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT HANSON PERMANENTE CEMENT, INC. KAISER GYPSUM COMPANY, INC. | | |
| JUL-21-2006 | DEPT. 304: ASBESTOS MANDATORY SETTLEMENT CONFERENCE HELD; BOTH SIDES PRESENT; NO SETTLEMENT REACHED; TRIAL DATE REMAINS. CLERK JOSE RIOS-MERIDA. | | |
| JUL-21-2006 | ASBESTOS EXPEDITED SUMMARY JUDGMENT CALENDAR ON JUL-21-2006 IN DEPT. 608, MOTION FOR SUMMARY JUDGMENT OF DB RILEY, INC. OFF CALENDAR PURSUANT TO GENERAL ORDER NO. 157A. JUDGE: TOMAR MASON. CLERK: BARBARA HING (D608) | | |
| JUL-17-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN | | |
| JUL-06-2006 | JURY FEES, RECEIPT NUMBER 027797, DEPOSITED BY DEFENDANT SEQUOIA VENTURES INC | | 150.00 |
| JUN-30-2006 | MINI-MINUTES FOR JUN-30-2006 9:30 AM | | |
| JUN-30-2006 | MINI-MINUTES FOR JUN-30-2006 9:30 AM | | |
| JUN-30-2006 | LAW AND MOTION 301, NO APPEARANCES ON THIS MATTER. THE COURT ADOPTED ITS TENTATIVE RULING AS FOLLOWS: DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC., AKA HANSENS' MOTION FOR SUMMARY JUDGMENT WAS TAKEN OFF CALENDAR PER REQUEST OF THE MOVING PARTY. JUDGE: HAROLD E. KAHN; REPORTER: LA VENA WARD, CSR #7077 | | |
| JUN-30-2006 | LAW AND MOTION 301, NO APPEARANCES ON THIS MATTER. THE COURT ADOPTED ITS TENTATIVE RULING AS FOLLOWS: DEFENDANT CURTISS-WRIGHT CORP.'S MOTION FOR SUMMARY JUDGMENT WAS TAKEN OFF CALENDAR PER REQUEST OF THE MOVING PARTY. JUDGE: HAROLD E. KAHN; REPORTER: LA VENA WARD, CSR #7077 | | |
| JUN-28-2006 | MINI-MINUTES FOR JUN-28-2006 9:30 AM | | |
| JUN-28-2006 | LAW AND MOTION, 301, NO APPEARANCES ON THIS MATTER. THE | | |

| | | | |
|---|---|---|---|
| | COURT ADOPTED ITS TENTATIVE RULING AS FOLLOWS: DEFENDANT DANA CORPORATION'S MOTION FOR SUMMARY JUDGEMENT WAS TAKEN OFF CALENDAR PER REQUEST OF THE MOVING PARTY. JUDGE: HAROLD E. KAHN; REPORTER: LA VENA WARD, CSR #7077 | | |
| JUN-28-2006 | JURY FEES, RECEIPT NUMBER 030218, DEPOSITED BY PLAINTIFF VALLADON, GEORGE | | 150.00 |
| JUN-26-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT WITH A MUTUAL WAIVER OF COSTS. AS TO DEFENDANT CURTISS-WRIGHT CORP. | | |
| JUN-23-2006 | LAW AND MOTION, 301, DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| JUN-22-2006 | LAW AND MOTION, 301, DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| JUN-22-2006 | LAW AND MOTION, 301, DEFENDANT LOCKHEED MARTIN COMPANY'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| JUN-22-2006 | LAW AND MOTION, 301, DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| JUN-22-2006 | LAW AND MOTION, 301, DEFENDANT TODD SHIPYARDS CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| JUN-21-2006 | DISMISSAL WITH PREJUDICE WITH A MUTUAL WAIVER OF COSTS AS TO DEFENDANT LOCKHEED MARTIN COMPANY | | |
| JUN-21-2006 | LAW AND MOTION, 301, DEFENDANT DANA CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| JUN-16-2006 | PROOF OF SERVICE VIA HAND DELIVERY OF PLTF'S MEMORANDUM OF P&A IN OPPOSITION TO DEFT'S MOITON FOR SUMMARY JUDGMENT FILED BY PLAINTIFF VALLADON, GEORGE | | |
| JUN-16-2006 | PROOF OF SERVICE VIA HAND DEIVERY OF PLTF'S MEMO P&A IN OPPOSITION TO DEFT'S MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF VALLADON, GEORGE | | |
| JUN-15-2006 | MEMORANDUM OF PYA IN OPPOSITION TO DEFTS' MOTION FOR SUMMARY JDUGMENT;DECLARATIO; FILED BY PLAINTIFF VALLADON, GEORGE | | |
| JUN-15-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC.,AKA HANSENS' INC. | | |
| JUN-06-2006 | LAW AND MOTION, 301, DEFENDANT OAKFABCO, INC.'S MOTION FOR SUMMARY JUDGMENT, OFF CALENDAR PER REQUEST OF MOVING PARTY | | |
| MAY-26-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT HASS & HAYNIE CORPORATION | | |
| MAY-25-2006 | ANSWER TO COMPLAINT FILED BY DEFENDANT FOSTER WHEELER LLC, ALTERNATE ENTITY: FOSTER WHEELER CORPORATION | View | 335.00 |
| MAY-25-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT THE BOEING COMPANY | | |
| MAY-25-2006 | OVJECTION TO STIPULATION OF HEARING BY COMMISSIONER EVERETT A. HEWLETT FILED BY DEFENDANT FOSTER WHEELER LLC, ALTERNATE ENTITY: FOSTER WHEELER CORPORATION | | |
| MAY-25-2006 | OBJECTION TO HEARING BY COMMISSIONER/PRO TEM ACTING AS JUDGE FILED BY DEFENDANT FOSTER WHEELER LLC, ALTERNATE ENTITY: FOSTER WHEELER CORPORATION | | |
| MAY-19-2006 | LAW AND MOTION, 301, DEFENDANT AEROJET-GENERAL CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OFF | | |

| | | | |
|---|---|---|---|
| | CALENDAR PER REQUEST OF MOVING PARTY | | |
| MAY-17-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT AEROJET-GENERAL CORPORATION | | |
| MAY-15-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT DAIMLERCHRYLSER CORPORATION | | |
| MAY-09-2006 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE FILED BY DEFENDANT MCDONNELL DOUGLAS CORPORATION | | |
| MAY-05-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION | | |
| MAY-02-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT MCDONNELL DOUGLAS CORPORATION | | |
| APR-21-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT ONLY, WITH A MUTUAL WAIVER OF COSTS AS TO DEFENDANT OAKFABCO, INC. | | |
| APR-17-2006 | PROOF OF PERSONAL SERVICE ON BRAYTON & PURCELL, APRIL 14,2006 OF DEFT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS FILED BY DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC.,AKA HANSENS' INC. | | |
| APR-17-2006 | POS RE DEFT'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. | | |
| APR-14-2006 | MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES; POINTS AND AUTHORITIES; DECLARATION IN SUPPORT; SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT; PROOF OF SERVICE FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. HEARING SET FOR JUN-30-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-14-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION, SEPARATE STATEMENT FILED BY DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC.,AKA HANSENS' INC. HEARING SET FOR JUN-30-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-14-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION, REQUEST FOR JUDICIAL NOTICE, SEPARATE STATEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION FILED BY DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION HEARING SET FOR JUN-30-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-14-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION, SEPARATE STATEMENT FILED BY DEFENDANT LOCKHEED MARTIN COMPANY HEARING SET FOR JUN-30-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-13-2006 | POS OF MTN FOR SUMM JUDGMNT; SUPP DOCS FILED BY DEFENDANT TODD SHIPYARDS CORPORATION | | |
| APR-12-2006 | PROOF OF SERVICE BY MAIL OF THE NTC OF MOTION FOR SUMMARY JUDGT, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION, AND SEPERATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGT FILED BY DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN | | |
| APR-12-2006 | DECLARATION OF R. MORGAN GILHULY IN SUPPORT OFDEFT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION FOR SUMMARY JUDGT FILED BY DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN | | |
| APR-12-2006 | SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MO FOR SUMMARY JUDGT FILED BY DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN | | |
| APR-12-2006 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MO FOR SUMMARY JUDGT FILED BY DEFENDANT BOARD OF | | |

| | | | |
|---|---|---|---|
| | TRUSTEES OF THE LELAND STANFORD JUNIOR UN | | |
| APR-12-2006 | MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN HEARING SET FOR JUN-29-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-12-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION, SEPARATE STATEMENT FILED BY DEFENDANT TODD SHIPYARDS CORPORATION HEARING SET FOR JUN-29-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-11-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION, SEPARATE STATEMENT AND/OR SUMMARY ADJUDICATION FILED BY DEFENDANT CURTISS-WRIGHT CORP. HEARING SET FOR JUN-30-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| APR-03-2006 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE FILED BY DEFENDANT BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC | | |
| MAR-27-2006 | PROOF OF SERVICE BY MAIL ON MO FOR SUM JUDGT FILED BY DEFENDANT OAKFABCO, INC. | | |
| MAR-27-2006 | REQUEST FOR JUDICIAL NOTICE FILED BY DEFT | | |
| MAR-27-2006 | SEPARATE STATEMENT OF FACTS IN SUPP OF OAKFABCO, INC.'S MO FOR SUM JUDGT, OR IN THE ALTERNATIVE, SUM ADJUDCTN FILED BY DEFENDANT OAKFABCO, INC. | | |
| MAR-27-2006 | DECLARATION OF LISA A. JONES IN SUPP OF OAKFABCO, INC.'S MO FOR SUM JUDGT, OR IN THE ALTERNATIVE, SUM ADJUDCTN FILED BY DEFENDANT OAKFABCO, INC. | | |
| MAR-27-2006 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPP OF OAKFABCO, INC.'S MO FOR SUM JUDGT, OR IN THE ALTERNATIVE, SUM ADJUDCTN FILED BY DEFENDANT OAKFABCO, INC. | | |
| MAR-27-2006 | MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT OAKFABCO, INC. HEARING SET FOR JUN-16-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| MAR-21-2006 | NOTICE OF BANKRUPTCY FILED & NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY | | |
| MAR-16-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT EACH PARTY TO BEAR ITS OWN COSTS AS TO DEFENDANT THOMAS DEE ENGINEERING COMPANY | View | |
| MAR-14-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT EACH PARTY TO BEAR ITS OWN COSTS. AS TO DEFENDANT BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC | | |
| MAR-08-2006 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE FILED BY DEFENDANT BURNS INTERNATIONAL SERVICES CORPORATION | | |
| MAR-02-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, DECLARATION, SEPARATE STATEMENT FILED BY DEFENDANT AEROJET-GENERAL CORPORATION HEARING SET FOR MAY-26-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| FEB-24-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT BURNS INTERNATIONAL SERVICES CORPORATION | | |
| FEB-24-2006 | NOTICE OF CHANGE OF ADDRESS FILED BY ATTORNEY HUNT, JAMES W | | |
| FEB-23-2006 | MOTION FOR PEREMPTORY CHALLEGE OF JUDGE JAMES L. WARREN, DECLARATION FILED BY DEFENDANT DANA CORPORATION HEARING SET FOR JUN-28-2006 AT 09:30 AM IN DEPT 301 | | 40.00 |
| FEB-22-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION, SEPARATE STATEMENT FILED BY DEFENDANT DANA CORPORATION HEARING SET FOR JUN-28-2006 AT 09:30 AM IN DEPT 301 | | 200.00 |
| FEB-22-2006 | ANSWER TO COMPLAINT FILED BY DEFENDANT ASBESTOS | View | 335.00 |

| | | | | |
|---|---|---|---|---|
| | CORPORATION LTD. | | | |
| FEB-17-2006 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT J.T. THORPE & SON, INC. | | | |
| FEB-14-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT WARREN PUMPS, INC. | | | |
| FEB-07-2006 | SUBSTITUTION OF ATTORNEY: HARTLEY EDWARD E SUBSTITUTED FOR KEELE, CHRISTOPHER A. AS ATTORNEY FOR INTERNATIONAL BUSINESS MACHINES CORPORATION | | | |
| JAN-30-2006 | MOTION FOR SUMMARY JUDGMENT, PROOF OF SERVICE FILED BY DEFENDANT DB RILEY INC ERRONEOUSLY SUED AS RILEY POWER INC HEARING SET FOR JUL-21-2006 AT 09:30 AM IN DEPT 608 | | | 200.00 |
| JAN-04-2006 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT INTERNATIONAL TRUCK & ENGINE CORPORATION | | | |
| DEC-21-2005 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT D. CUMMINS CORPORATION | | | |
| DEC-15-2005 | REMOVED FROM ASBESTOS CASE MANAGEMENT CONFERENCE CALENDAR ON DEC-15-2005. ASSIGNED TO DEPT. 206 ON JUL-31-2006 AT 11:15 AM FOR TRIAL. ASSIGNED FOR MANDATORY SETTLEMENT IN DEPT. 304 ON JUL-21-2006 AT 9:30 AM. ALL EXPEDITED SUMMARY JUDGMENT MOTIONS WILL BE HEARD AT THAT TIME IN DEPT. 608. BRAYTON 364 LIV/ASB | | | |
| DEC-15-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC.,AKA HANSENS' INC. | | View | 292.20 |
| DEC-15-2005 | OBJECTION TO STIP OF HEARING BY COMMISSIONER FILED BY DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC.,AKA HANSENS' INC. | | | |
| DEC-15-2005 | DEMAND FOR JURY TRIAL FILED BY DEFENDANT CHAMPION INDUSTRIAL CONTRACTORS, INC.,AKA HANSENS' INC. | | | |
| DEC-14-2005 | AMENDMENT TO COMPLAINT DEFENDANT SUED HEREIN AS DOE 13 TO BE AMERICAN STANDARD, INC. DEFENDANT SUED HEREIN AS DOE 14 & 1003 TO BE SANTA FE BRAUN, INC. AS SUCCESSOR IN INTEREST TO C.F. BRAUN, INC. DEFENDANT SUED HEREIN AS DOE 15 TO BE FOSTER WHEELER LLC, ALTERNATE ENTITY: FOSTER WHEELER CORPORATION | | View | |
| DEC-12-2005 | LAW AND MOTION 302, DEFENDANT POWER ENGINEERING AND EQUIPMENT CO., MOTION SEEKING LEAVE TO FILED AMENDED ANSWER TO DEFENDANT VERIFIED COMPLAINT. (FROM DEPT. 301). NO APPEARANCES ON THIS MATTER. THE COURT ADOPTED ITS TENTATIVE RULING-GRANT-NO OPPOSITION FILED. PREVAILING PARTY TO PREPARE ORDER.(302/REQ)BELDON YEE #2647 | | | |
| DEC-12-2005 | LAW AND MOTION 301, NO APPEARANCE ON THIS MATTER. THE COURT ADOPTED IT'S TENTATIVE RULING AS FOLLOWS: DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC.'S MOTION SEEKING LEAVE TO FILE AMENDED ANSWER OF DEFT TO UNVERIFIED COMPLAINT- TRANSFERRED TO DEPT. 302. JUDGE: A. JAMES ROBERTSON REPORTER: JOYCE LONG CSR# 8620 | | | |
| DEC-12-2005 | MINI-MINUTES FOR DEC-12-2005 9:30 AM | | | |
| DEC-12-2005 | MINI-MINUTES FOR DEC-12-2005 9:30 AM | | | |
| DEC-07-2005 | ADDED TO CALENDAR FOR DEFENDANT POWER ENGINEERINF AND EQUIPMENT COMPANY, INC.'S MOTION SEEKING LEAVE TO FILE AMENDED ANSWER TO DEFENDANT'S UNVERIFIED COMPLAINT. (FROM DEPT. 302 - CCP 170.6 CHALLENGE TO JUDGE WARRED). HEARING SET FOR DEC-12-2005 AT 09:30 AM IN DEPT 302 | | | |
| DEC-05-2005 | NOTICE OF SERVICE FILED BY PLAINTIFF VALLADON, GEORGE | | | |
| NOV-21-2005 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE FILED BY | | | |

| | | | |
|---|---|---|---|
| | DEFENDANT CONOCOPHILLIPS COMPANY | | |
| NOV-15-2005 | PLTF'S PEREMPTORY CHALLENGE OF THE HON. JAMES L. WARREN (C.C.P. 170.6) FILED BY PLAINTIFF VALLADON, GEORGE | | |
| NOV-09-2005 | NOTICE OF MOTION AND MOTION SEEKING LEAVE TO FILE AMENDED ANSWER OF DEFT TO UNVERIFIED COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. HEARING SET FOR DEC-12-2005 AT 09:30 AM IN DEPT 301 | | 36.30 |
| NOV-09-2005 | DECLARATION OF JAMES R. COLGAN IN SUPPORT OF MOTION SEEKING LEAVE TO FILE AMENDED ANSWER OF DEFT TO UNVERIFIED COMPLAINT FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. | | |
| NOV-07-2005 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT CONOCOPHILLIPS COMPANY | | |
| NOV-07-2005 | AMENDMENT TO COMPLAINT DEFENDANT SUED HEREIN AS DOE 12 TO BE CROWN CORK & SEAL COMPANY,INC. | View | |
| OCT-11-2005 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT WITH A MUTUAL WAIVER OF COSTS AS TO DEFENDANT TEXACO, INC. | | |
| OCT-06-2005 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT MCCLENAHAN & MCCLENAHAN CONTRACTORS | | |
| OCT-06-2005 | NOTICE OF CHANGE OF ADDRESS FILED BY ATTORNEY FIORENTINO ANGELA M | | |
| OCT-04-2005 | LAW AND MOTION, 301, DEFENDANT TIMOTHY MCCLENAHAN AND J.W. MCCLENAHAN CO.'S MOTION TO QUASH SERVICE OF SUMMONS & COMPLAINT, OFF CALENDAR PER MOVING PARTY. | | |
| SEP-26-2005 | NOTICE OF SERVICE FILED BY PLAINTIFF VALLADON, GEORGE | | |
| SEP-20-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT UNITED TECHNOLOGIES CORPORATION | View | 292.20 |
| SEP-15-2005 | MTN TO QUASH SERVICE OF SUMMONS & COMPLT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY DEFENDANT MCCLENAHAN, TIMOTHY J. J.W. MCCLENAHAN CO. HEARING SET FOR OCT-12-2005 AT 09:30 AM IN DEPT 301 | | 620.70 |
| AUG-25-2005 | AMENDMENT TO COMPLAINT DEFENDANT SUED HEREIN AS DOE 11 TO BE UNITED TECHNOLOGIES CORPORATION | View | |
| AUG-23-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT GENERAL ELECTRIC COMPANY | View | 292.20 |
| AUG-23-2005 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL FILED BY DEFENDANT GENERAL ELECTRIC COMPANY | | |
| JUL-14-2005 | AMENDMENT TO COMPLAINT DEFENDANT SUED HEREIN AS DOE 10 TO BE GENERAL ELECTRIC COMPANY | View | |
| JUN-30-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT OSCAR E. ERICKSON, INC. | View | 292.20 |
| JUN-29-2005 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT DOUGLASS INSULATION COMPANY, INC. | | |
| JUN-16-2005 | CONTINUED FROM ASBESTOS STATUS CONFERENCE CALENDAR ON JUN-16-2005 TO ASBESTOS CASE MANAGEMENT CONFERENCE CALENDAR ON DEC-15-2005 AT 1:30 PM IN DEPT. 206. | | |
| JUN-10-2005 | REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED AS TO DEFENDANT FOXWORTHY'S AUTO SUPPLY | | |
| JUN-10-2005 | STATEMENT OF DAMAGES FILED BY PLAINTIFF VALLADON, GEORGE AS TO DEFENDANT FOXWORTHY'S AUTO SUPPLY | | |
| JUN-10-2005 | SUMMONS ON COMPLAINT STATEMENT OF DAMAGES, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF VALLADON, GEORGE SERVED MAR-04-2005, PERSONAL SERVICE ON DEFENDANT FOXWORTHY'S AUTO SUPPLY | | |

| | | | |
|---|---|---|---|
| JUN-08-2005 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT ALBAY CONSTRUCTION COMPANY | | |
| JUN-01-2005 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT SEARS, ROEBUCK AND CO. | | |
| MAY-16-2005 | REQUEST FOR DEFAULT REJECTED, LETTER MAILED AS TO DEFENDANT FOXWORTHY'S AUTO SUPPLY | View | |
| MAY-16-2005 | SUMMONS RETURNED FILED BY PLAINTIFF VALLADON, GEORGE | | |
| APR-26-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT CURTISS-WRIGHT CORP. | View | 292.20 |
| APR-07-2005 | OBJECTION TO HEARING BY COMMISSIONER/PRO TEM ACTING AS JUDGE FILED BY DEFENDANT INTERNATIONAL TRUCK & ENGINE CORPORATION | | |
| APR-07-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT INTERNATIONAL TRUCK & ENGINE CORPORATION | View | 292.20 |
| APR-01-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT PACIFIC GAS & ELECTRIC COMPANY | View | 292.20 |
| MAR-30-2005 | AMENDMENT TO COMPLAINT DEFENDANT SUED HEREIN AS DOE 7 TO BE COLLINS ELECTRICAL COMPANY, INC. DEFENDANT SUED HEREIN AS DOE 8 TO BE CURTISS-WRIGHT CORP. DEFENDANT SUED HEREIN AS DOE 9 & 1002 TO BE J.T. THORPE & SON, INC. | View | |
| MAR-25-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT DANA CORPORATION | View | 292.20 |
| MAR-25-2005 | OBJECTION TO HEARING BY COMMISSIONER/PRO TEM ACTING AS JUDGE FILED BY DEFENDANT DANA CORPORATION | | |
| MAR-25-2005 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER EVERETT A. HEWLETT FILED BY DEFENDANT DANA CORPORATION | | |
| MAR-22-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT BOEING COMPANY, THE | View | 292.20 |
| MAR-21-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT MCDONNELL DOUGLAS CORPORATION | View | 292.20 |
| MAR-03-2005 | NOTICE OF CHANGE OF FIRM NAME FILED BY ATTORNEY RYAN, ROBERT JOSEPH | | |
| FEB-23-2005 | AMENDMENT TO COMPLAINT DEFENDANT SUED HEREIN AS DOE 2 TO BE BOEING COMPANY, THE DEFENDANT SUED HEREIN AS DOE 3 TO BE DANA CORPORATION DEFENDANT SUED HEREIN AS DOE 4 TO BE FOXWORTHY'S AUTO SUPPLY DEFENDANT SUED HEREIN AS DOE 5 TO BE INTERNATIONAL TRUCK & ENGINE CORPORATION DEFENDANT SUED HEREIN AS DOE 6 TO BE MCDONNELL DOUGLAS CORPORATION DEFENDANT SUED HEREIN AS DOE 1001 TO BE PACIFIC GAS & ELECTRIC COMPANY | View | |
| JAN-28-2005 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT CHEVRON PRODUCTS COMPANY | | |
| DEC-16-2004 | CONTINUED FROM ASBESTOS STATUS CONFERENCE CALENDAR ON DEC-16-2004 TO ASBESTOS CASE MANAGEMENT CONFERENCE CALENDAR ON JUN-16-2005 AT 1:30 PM IN DEPT. 206. | | |
| NOV-12-2004 | ANSWER TO COMPLAINT FILED BY DEFENDANT CONOCOPHILLIPS COMPANY | View | 289.20 |
| NOV-08-2004 | NOTICE OF WITHDRAWAL OF GIBSON, DUNN & CRUTCHER AS CO-COUNSEL FOR LOCKHEED MARTIN CORP. FILED BY DEFT LOCKHEED MARTIN CORP. | | |
| OCT-15-2004 | NOTICE OF SERVICE-FILED BY PLAINTIFF | | |
| OCT-01-2004 | NOTICE OF CHANGE OF ADDRESS FILED BY ATTORNEY POND, FRANK D | | |
| AUG-16-2004 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT | | |

| | HOPEMAN BROTHERS | | |
|---|---|---|---|
| JUL-30-2004 | NOTICE OF CHANGE OF ADDRESS FILED BY ATTORNEY MAIORINO, TRACE O | | |
| JUL-14-2004 | SUBSTITUTION OF ATTORNEY: BROWN, EUGENE SUBSTITUTED FOR HENRY, KAREN A AS ATTORNEY FOR FORD MOTOR COMPANY | | |
| JUN-30-2004 | SUBSTITUTION OF ATTORNEY: BROWN, EUGENE SUBSTITUTED FOR HUTCHINSON, THOMAS H AS ATTORNEY FOR GENERAL MOTORS CORPORATION | | |
| JUN-09-2004 | ASSOCIATION OF ATTORNEYS: VACCHINA, LEONARDO J ADDED AS ATTORNEY FOR AEROJET-GENERAL CORPORATION | | |
| MAY-24-2004 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT PARKER HANNIFIN CORPORATION (AND STANDARD MOTOR PRODUCTS AS PRODUCT SUCCESSORS TO EIS BRAKE PARTS) | | |
| MAY-12-2004 | CONTINUED FROM ASBESTOS STATUS CONFERENCE CALENDAR ON JUN-17-2004 TO ASBESTOS CASE MANAGEMENT CONFERENCE CALENDAR ON DEC-16-2004 AT 1:30 PM IN DEPT. 206 PURSUANT TO "BIG MOVE LIST" | | |
| MAY-05-2004 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AS TO DEFENDANT OWENS-ILLINOIS,INC. | | |
| APR-19-2004 | SUBSTITUTION OF ATTORNEY: MARTENS, DANIEL L. SUBSTITUTED FOR VASQUEZ, MICHAEL ANTHONY AS ATTORNEY FOR AEROJET-GENERAL CORPORATION | | |
| MAR-30-2004 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT BLUE CROSS OF CALIFORNIA | | |
| DEC-10-2003 | ASSOCIATION OF ATTORNEYS: VACCHINA, LEONARDO J ADDED AS ATTORNEY FOR AEROJET-GENERAL CORPORATION | | |
| NOV-21-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT STANDARD MOTOR PRODUCTS (AND PARKER HANNIFIN CORPORATION AS PRODUCT SUCCESSORS TO EIS BRAKE PARTS) PARKER HANNIFIN CORPORATION (AND STANDARD MOTOR PRODUCTS AS PRODUCT SUCCESSORS TO EIS BRAKE PARTS) | View | 522.40 |
| NOV-07-2003 | ORDER AND STIP RE: RELEASE OF RECORDS | View | |
| NOV-06-2003 | DISMISSAL WITH PREJUDICE OF COMPLAINT AS TO DEFENDANT BANK OF THE WEST | | |
| OCT-31-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT S.R.I. INTERNATIONAL | View | 261.20 |
| SEP-26-2003 | CROSS COMPLAINT FILED BY CROSS COMPLAINANT THOMAS DEE ENGINEERING COMPANY AS TO CROSS DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B,B-1,C,H,I | View | |
| SEP-26-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT THOMAS DEE ENGINEERING COMPANY | View | 261.20 |
| SEP-04-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. | View | 261.20 |
| SEP-04-2003 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. | | |
| SEP-04-2003 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL FILED BY DEFENDANT POWER ENGINEERING AND EQUIPMENT COMPANY,INC. | | |
| SEP-02-2003 | DECLINATION OF STIPULATION FOR COMMISSIONER AT TRIAL FILED BY DEFENDANT BURNS INTERNATIONAL SERVICES CORPORATION | | |
| SEP-02-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT BURNS INTERNATIONAL SERVICES CORPORATION | | 261.20 |
| AUG-29-2003 | ANSWER FILED BY DEFENDANT VIACOM INC.,SUCCESSOR BY MERGER TO CBS CORPORATION | View | 261.20 |

| AUG-29-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UN | View | 261.20 |
|---|---|---|---|
| AUG-29-2003 | DEMAND FOR JURY TRIAL FILED BY DEFENDANT NESTLE USA,INC. | | |
| AUG-29-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT AEROJET-GENERAL CORPORATION | View | 261.20 |
| AUG-29-2003 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGHT OF TRIAL FILED BY DEFENDANT VIACOM INC.,SUCCESSOR BY MERGER TO CBS CORPORATION | | |
| AUG-29-2003 | OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL FILED BY DEFENDANT VIACOM INC.,SUCCESSOR BY MERGER TO CBS CORPORATION | | |
| AUG-28-2003 | OBJECTION TO ASSIGNMENT TO COMMISSIONER FOR TRIAL FILED BY DEFENDANT SEQUOIA VENTURES INC | | |
| AUG-28-2003 | DEMAND FOR JURY TRIAL FILED BY DEFENDANT SEQUOIA VENTURES INC | | |
| AUG-28-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT NESTLE USA,INC. | View | 261.20 |
| AUG-28-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT SEQUOIA VENTURES INC | View | 261.20 |
| AUG-28-2003 | ANSWER FILED BY DEFENDANT HONEYWELL INTERNATIONAL, INC. | View | 261.20 |
| AUG-28-2003 | OBJECTION TO COMMISSIONER ACTING AS JUDGE PRO TEMPORE FILED BY DEFENDANT NESTLE USA,INC. | | |
| AUG-28-2003 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER FILED BY DEFENDANT WARREN PUMPS, INC. | | |
| AUG-28-2003 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL FILED BY DEFENDANT WARREN PUMPS, INC. | | |
| AUG-28-2003 | ANSWER FILED BY DEFENDANT WARREN PUMPS, INC. | View | 261.20 |
| AUG-27-2003 | OBJECTION TO STIP OF HEARING BY COMMISSIONER FILED BY DEFENDANT DB RILEY INC ERRONEOUSLY SUED AS RILEY POWER INC | | |
| AUG-27-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT DB RILEY INC ERRONEOUSLY SUED AS RILEY POWER INC | View | 261.20 |
| AUG-27-2003 | DEMAND FOR TRIAL BY JURY FILED BY DEFENDANT SEARS, ROEBUCK AND CO. | | |
| AUG-27-2003 | OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL FILED BY DEFENDANT SEARS, ROEBUCK AND CO. | | |
| AUG-27-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT SEARS, ROEBUCK AND CO. | View | 261.20 |
| AUG-27-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT BLUE CROSS OF CALIFORNIA | View | 261.20 |
| AUG-27-2003 | ANSWER TO COMPLAINT ; DEMAND FOR JURY TRIAL -- ELECTRONICALLY FILED FID# 2339579-- FILED BY DEFENDANT GENERAL MOTORS CORPORATION | View | 261.20 |
| AUG-26-2003 | ANSWER FILED BY DEFENDANT BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC | View | 261.20 |
| AUG-26-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION | View | 261.20 |
| AUG-26-2003 | ANSWER FILED BY DEFENDANT GATKE CORPORATION | View | 261.20 |
| AUG-25-2003 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER FILED BY DEFENDANT HANSON PERMANENTE CEMENT, INC. | | |
| AUG-25-2003 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER FILED BY DEFENDANT KAISER GYPSUM COMPANY, INC. | | |
| AUG-25-2003 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL | | |

| | | | |
|---|---|---|---|
| | FILED BY DEFENDANT HANSON PERMANENTE CEMENT, INC. | | |
| AUG-25-2003 | DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL FILED BY DEFENDANT KAISER GYPSUM COMPANY, INC. | | |
| AUG-25-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT FALSTAFF BREWING CORPORATION | View | 261.20 |
| AUG-25-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT KAISER GYPSUM COMPANY, INC. | View | 261.20 |
| AUG-25-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT HANSON PERMANENTE CEMENT, INC. | View | 261.20 |
| AUG-15-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT TODD SHIPYARDS CORPORATION | View | 221.20 |
| AUG-15-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT DAIMLERCHRYLSER CORPORATION | View | 221.20 |
| AUG-15-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT FORD MOTOR COMPANY | View | 221.20 |
| AUG-13-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT OAKFABCO, INC. | View | 221.20 |
| AUG-11-2003 | DECLINATION OF STIPULATION FOR COMMISSIONER AT TRIAL FILED BY DEFENDANT COLLINS ELECTRICAL COMPANY, INC. | | |
| AUG-11-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT COLLINS ELECTRICAL COMPANY, INC. | View | 221.20 |
| AUG-08-2003 | ANSWER TO COMPLAINT FILED BY DEFENDANT LOCKHEED MARTIN COMPANY | View | 221.20 |
| JUN-30-2003 | NOTICE TO PLAINTIFF | View | |
| JUN-30-2003 | ASBESTOS, COMPLAINT FILED BY PLAINTIFF VALLADON, GEORGE AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B,B-1,C,H,I SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUN-17-2004 | View | 224.50 |