1  DRATH, CLIFFORD, MURPHY & HAGEN, LLP
   DAVID F. BEACH (State Bar No. 094847)
2  RAY Z. BACERDO (State Bar No. 139221)
   1999 Harrison Street, Suite 700
3  Oakland, California  94612-3517
   Telephone:  (510) 287-4000
4  Facsimile:  (510) 287-4050

5  Attorneys for Defendant
   UNITED STATES STEEL CORPORATION
6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  MARGARET McCUE, as Wrongful Death )   Case No.:  CV 08 3181 EMC
    Heir, and as Successor-in-Interest to )
14  STANLEY McCUE, Deceased; and       )
    STEPHANIE FINCH and JEFFERY        )   NOTICE OF APPEARANCE ON
15  mcCUE, as Legal Heirs of STANLEY   )   BEHALF OF UNITED STATES
    McCUE, Deceased, JOANN VALLADON,   )   STEEL CORPORATION
16  as Wrongful Death Heir, and as Successor- )
    in-Interest to GEORGE VALLADON,    )
17  Deceased; and BRAD VALLADON,       )
    JOYCE SISSOM, TERRY VALLADON, as )
18  Legal Heirs of GEORGE VALLADON,    )
    Deceased, MARGARET LINDSEY, as     )
19  Wrongful Death Heir, and as Successor-in- )
    Interest to ROBERT LINDSEY, Deceased; )
20  and CYNTHIA LINDSEY TATE and       )
    MARCUS LINDSEY, as Legal Heirs of  )
21  ROBERT LINDSEY, Deceased,          )
                                       )
22              Plaintiffs,            )
                                       )
23       vs.                           )
                                       )
24  GENERAL ECLECTRIC COMPANY,         )
    KAISER VENTURES LLC, NEWPORT       )
25  NEWS SHIPBUILDING AND DRY DOCK     )
    COMPANY, UNITED STATES STEEL       )
26  CORPORATION,                       )
                Defendants.            )
27  _____)

28

1
2        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
3        PLEASE TAKE NOTICE of the appearance of Drath, Clifford, Murphy & Hagen, LLP as
4  counsel of record for and on behalf of UNITED STATES STEEL CORPORATION.
5        Copies of all pleadings and notices pertaining to the above-entitled matter should be
6  forwarded to counsel at the following address:

    David F. Beach
    Ray Z. Bacerdo
    Drath, Clifford, Murphy & Hagen, LLP
    1999 Harrison Street, Suite 700
    Oakland, CA 94612
    Phone: 510-287-4000
    Fax: 510-287-4050
    Email:  dbeach@drathlaw.com
            rbacerdo@drathlaw.com

DATED: August 11, 2008          DRATH, CLIFFORD, MURPHY & HAGEN, LLP

                                By_____/s/ Ray Z. Bacerdo_____
                                   Ray Z. Bacerdo
                                   Attorneys for Defendant UNITED STATES
                                   STEEL CORPORATION

R:\9A\3139\PN_appearance.wpd

NOTICE OF APPEARANCE ON BEHALF OF UNITED STATES STEEL CORPORATION                    2

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On August 11, 2008 I served the within:

NOTICE OF APPEARANCE ON BEHALF OF UNITED STATES STEEL CORPORATION

on all interested parties in said action, addressed as follows.

| | |
|---|---|
| Alan R. Brayton | Derek S. Johnson |
| David R. Donadio | Sedgwick Detert Moran & Arnold |
| Brayton Purcell LLP | One Market Plaza |
| 222 Rush Landing Road | Steuart Tower, 8th Floor |
| Novato, CA 94948 | San Francisco, CA 94105 |
| P: 415-898-1555 | P: 415-781-7900 x 1569 |
| F: 4152-898-1247 | F: 415-781-2635 |
| DDonadio@braytonlaw.com | derek.johnson@sdma.com |
| Attorneys for PLAINTIFFS | Attorneys for GENERAL ELECTRIC COMPANY, KAISER VENTURES LLC |

**✖\_\_\_\_\_MAIL**: By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office in Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

_____**HAND**: By placing a true copy thereof in a sealed envelope and causing said envelope to be delivered by hand to the address(s) noted above, during normal business hours.

_____**OVERNIGHT**: By placing a true copy in a sealed envelope, addressed to the interested party and depositing said envelope in the box regularly maintained by the overnight courier service at 1999 Harrison Street, Oakland, California.

_____**FAX**: By causing a true copy to be transmitted via facsimile to the addressee(s) noted above at the facsimile number shown.

_____**E-MAIL** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**✖\_\_\_\_\_ELECTRONIC**: Pursuant to court order, I submitted said document electronically to ECF to be posted to the website, and notice was given to all parties that the document has been served.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2008, at Oakland, California.

*/s/ Lisa L. Brown*
LISA L. BROWN