| | |
|---|---|
| 1 | DRATH, CLIFFORD, MURPHY & HAGEN, LLP |
| | JOHN M. DRATH (State Bar No. 045031) |
| 2 | RAY Z. BACERDO (State Bar No. 139221) |
| | 1999 Harrison Street, Suite 700 |
| 3 | Oakland, California  94612-3517 |
| | Telephone: (510) 287-4000 |
| 4 | Facsimile: (510) 287-4050 |
| 5 | Attorneys for Defendant |
| | UNITED STATES STEEL CORPORATION |

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET McCUE, as Wrongful Death Heir, and as Successor-in-Interest to STANLEY McCUE, Deceased; and STEPHANIE FINCH and JEFFERY mcCUE, as Legal Heirs of STANLEY McCUE, Deceased, JOANN VALLADON, as Wrongful Death Heir, and as Successor-in-Interest to GEORGE VALLADON, Deceased; and BRAD VALLADON, JOYCE SISSOM, TERRY VALLADON, as Legal Heirs of GEORGE VALLADON, Deceased, MARGARET LINDSEY, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LINDSEY, Deceased; and CYNTHIA LINDSEY TATE and MARCUS LINDSEY, as Legal Heirs of ROBERT LINDSEY, Deceased, <br><br>       Plaintiffs, <br><br>vs. <br><br>GENERAL ECLECTRIC COMPANY, KAISER VENTURES LLC, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, UNITED STATES STEEL CORPORATION, <br>       Defendants. | Case No.:  CV 08 3181 EMC <br><br> STIPULATION RE EXTENSION OF TIME FOR DEFENDANT UNITED STATES STEEL CORPORATION TO ANSWER COMPLAINT ; ORDER |

STIPULATION RE EXT. OF TIME FOR DEFENDANT UNITED STATES STEEL CORPORATION TO ANSWER COMPLAINT      1

1  Plaintiffs Margaret McCue, Stephanie Finch, Jeffery McCue, Joann Valladon, Joyce
2  Sissom, Terry Valladon, Margaret Lindsey, Cynthia Lindsey Tate, and Marcus Lindsey and
3  defendant UNITED STATES STEEL CORPORATION ("USS"), through their respective
4  attorneys, hereby stipulate and agree to extend the time for USS to file its Answer to the
5  Complaint, up to and including August 18, 2008.
6      The stipulated extension will not alter the date of any future case management
7  conference or any deadline already fixed by the court order. This stipulation is made in
8  compliance with Local Rule 6-1(a).
9      IT IS SO STIPULATED

11 DATED: August 7, 2008    BRAYTON✤PURCELL

By _____ FOR
David R. Donadio
Attorney for Plaintiffs

15 DATED: August 7, 2008    DRATH, CLIFFORD, MURPHY & HAGEN, LLP

By _____
Ray Z. Bacerdo
Attorneys for Defendant UNITED STATES
STEEL CORPORATION

R:\9A\3139\PXstip001.rzb.wpd

21 IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION RE EXT. OF TIME FOR DEFENDANT UNITED STATES STEEL CORPORATION TO ANSWER COMPLAINT   2

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On August 11, 2008 I served the within:

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT UNITED STATES STEEL CORPORATION TO ANSWER COMPLAINT

on all interested parties in said action, addressed as follows.

| | |
|---|---|
| Alan R. Brayton | Derek S. Johnson |
| David R. Donadio | Sedgwick Detert Moran & Arnold |
| Brayton Purcell LLP | One Market Plaza |
| 222 Rush Landing Road | Steuart Tower, 8th Floor |
| Novato, CA 94948 | San Francisco, CA 94105 |
| P: 415-898-1555 | P: 415-781-7900 x 1569 |
| F: 4152-898-1247 | F: 415-781-2635 |
| DDonadio@braytonlaw.com | derek.johnson@sdma.com |
| Attorneys for PLAINTIFFS | Attorneys for GENERAL ELECTRIC COMPANY, KAISER VENTURES LLC |

**✖** \_\_\_\_\_**MAIL**: By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office in Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

_____**HAND**: By placing a true copy thereof in a sealed envelope and causing said envelope to be delivered by hand to the address(s) noted above, during normal business hours.

_____**OVERNIGHT**: By placing a true copy in a sealed envelope, addressed to the interested party and depositing said envelope in the box regularly maintained by the overnight courier service at 1999 Harrison Street, Oakland, California.

_____**FAX**: By causing a true copy to be transmitted via facsimile to the addressee(s) noted above at the facsimile number shown.

_____**E-MAIL** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**✖** \_\_\_\_\_**ELECTRONIC**: Pursuant to court order, I submitted said document electronically to ECF to be posted to the website, and notice was given to all parties that the document has been served.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2008, at Oakland, California.

_/s/ Lisa L. Brown_
LISA L. BROWN

PROOF OF SERVICE                                    1                                    R:\9A\3139\pos.wpd