1  JEREMY D. HUIE, ESQ. (SBN 191145)
   BASSI, MARTINI, EDLIN & BLUM LLP
2  351 California Street, Suite 200
   San Francisco, CA 94104
3  Telephone:   (415) 397-9006
   Facsimile:   (415) 397-1339
4

5  Attorneys for Defendant
   KAISER VENTURES LLC
6

7

8             UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

10

11 | MARGARET McCUE, as Wrongful Death )   Case No. CV-08-3181
   | Heir, and as Successor-in-Interest to )
12 | STANLEY McCUE, Deceased; and )        **NOTICE OF TAG-ALONG ACTION**
   | STEPHANIE FINCH and JEFFREY McCUE, )
13 | as Legal Heirs of STANLEY McCUE, )    Multi-District Rule 7.5(e)
   | Deceased; JOANN VALLADON, as Wrongful)
14 | Death Heir and as Successor-in-Interest to )
   | GEORGE VALLADON, Deceased, and )
15 | BRAD VALLADON, JOYCE SISSOM, )
   | TERRY VALLADON, as Legal Heirs of )
16 | GEORGE VALLADON, Deceased; )
   | MARGARET LINDSEY, as Wrongful Death )
17 | Heir and Successor-in-Interest to ROBERT )
   | LINDSEY, Deceased, and CYNTHIA )
18 | LINDSEY TATE and MARCUS LINDSEY, )
   | as Legal Heirs of ROBERT LINDSEY, )
19 | Deceased, )
   |                                      )
20 |           Plaintiffs,                )
   |                                      )
21 |      vs.                             )
   |                                      )
22 | GENERAL ELECTRIC COMPANY, )
   | KAISER VENTURES LLC, NEWPORT )
23 | NEWS SHIPBUILDING AND DRY DOCK )
   | COMPANY, UNITED STATES STEEL )
24 | CORPORATION, )
   |                                      )
25 |           Defendants.                )
   |                                      )
26 | _____ )

27

28

50373                                  1

NOTICE OF TAG-ALONG ACTION-CV-08-3181

1   **PLEASE TAKE NOTICE THAT** on July 20, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to a "tag-along action," which refers to a civil action pending in a district court and involving common questions of facts with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multi-District Rules ("MDL Rules"), Rule 1.1.

Pursuant to MDL Rule 7.5(e), "Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears." MDL Rule 7.5(e).

Defendant KAISER VENTURES LLC HEREBY NOTIFIES THE Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. The Clerk of the Panel may enter a conditional transfer order pursuant to MDL Rule 7.4(a).

Date:    August 11, 2008

BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
JEREMY D. HUIE
Attorneys for Defendant
KAISER VENTURES LLC

Re: <u>McCue, Margaret (WD: Stanley) v. Asbestos Defendants</u>
<u>San Francisco County Superior Court Case No. CV-08-3181</u>

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date executed below, I electronically served the document(s) via Northern District of California's Electronic Case Filing Website, described below, on the recipients designated on the Transaction Receipt located on the court's website.

**NOTICE OF TAG-ALONG ACTION**

on the following parties:

SEE SERVICE LIST PROVIDED BY ECF'S WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 11, 2008, at San Francisco, California.

/S/ CHRISTINE GILL
_____
CHRISTINE GILL

50387

1