1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   Novato, California 94948-6169
4  (415) 898-1555
   (415) 898-1247 (Fax No.)
5

6  Attorneys for Plaintiffs

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12  MARGARET McCUE, *et al.*,          )   No. C 08-03181-EMC
                                        )
13              Plaintiffs,             )
                                        )
14  vs.                                 )   PLAINTIFFS' STATUS REPORT and
                                        )   REQUEST FOR JUDICIAL NOTICE
15  GENERAL ELECTRIC COMPANY,           )   ORDER
    *et al.*,                           )
16                                      )
                Defendants.             )
17                                      )

18       Plaintiffs respectfully request that the Court take Judicial Notice of the Order issued by

19  the United States Judicial Panel on Multidistrict Litigation ("JPML") on August 20, 2008, which

20  by its operation has moved jurisdiction over pre-trial matters to the Honorable James T. Giles,

21  United States District Judge for the Eastern District of Pennsylvania, for administration within

22  the Asbestos Multidistrict Litigation (MDL #875).

23       Attached hereto, marked Exhibit "A", is a true and accurate copy of *Conditional*

24  *Transfer Order (CTO-314)* showing the electronic file 'stamp' showing filing with Clerk of the

25  Eastern District of Pennsylvania on September 23, 2008 as Document 5423 in Case

26  2:01-md-00875-JG.

27       By operation of said Order, all conditions have been lifted and that effective September

28  23, 2008, jurisdiction over this action is now with Judge Giles.

K:\Injured\109944\Status rpt req jud ntc CTO-314.wpd    1
PLAINTIFFS' STATUS REPORT and REQUEST FOR JUDICIAL NOTICE -- C 08-03181-EMC

1  ////

2      Plaintiff respectfully directs the Court's attention to the fourth paragraph of the order wherein it states, among other things, that " [t]his order does not become effective until it is filed with the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania."

6      Attached hereto, marked Exhibit "B", is a true and accurate copy of *Notice of Electronic Filing* which also provides confirmation of the filing of CTO-314 with the Eastern District of Pennsylvania on September 23, 2008.

9      As the attached filed documents demonstrate, the Order is now effective; the condition in the "Conditional Order" has been satisfied by the filing in Pennsylvania and this is a final order.

11      On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)). That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the Eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings before Judge Giles.

18      On August 6, 2008, counsel for Defendants GENERAL ELECTRIC COMPANY filed a Notices to Tag Along Action also seeking that the JPML move Jurisdiction of this matter to the Asbestos MDL 875. Counsel for Defendant NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY and counsel for Defendant KAISER VENTURES LLC each separately filed additional Notices to Tag Along Action on August 11, 2008. These filings resulted in the issuance of the Conditional Transfer Order (CTO-314).

24      For the foregoing reasons, Plaintiffs respectfully suggest that any and all case management deadlines be vacated to allow Judge Giles to proceed with his own pre-trial orders. The pending case management deadlines currently pending with this Court including the October 1, 2008 deadline to file Joint Case Management Statement, and the October 8, 2008 Case Management Conference.

////

Vacating the pending CMC deadlines will promote judicial efficiency, allow consistency in pretrial rulings, and be most convenient to the parties.

Dated: September 23, 2008            BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
David R. Donadio
Attorneys for Plaintiffs

IT IS SO ORDERED that the Case Management Conference set for 10/8/08 and all related dates are hereby vacated.

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*