MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION
          MDL 875
          **CA-N, 3:08-3070, 08-3181, 08-3274**

Dear Clerk:

The enclosed Conditional Transfer Order **(CTO-314)** is being sent to you regarding the involved actions the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

### PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure

> Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 7 6 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

C 08-3181 EMC

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-314)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-23-08
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

### SCHEDULE CTO-314 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**   **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC 2 08-4714 Andrew Schnabel, et al. v. Borg-Warner Morse Tec, Inc., et al.~~
**Opposed 9/4/08**

CALIFORNIA NORTHERN
   CAN 3 08-3070   Allene McIntyre, et al. v. Northrop Grumman Ship Systems, Inc.
   CAN 3 08-3181   Margaret McCue, et al. v. General Electric Co., et al.
   CAN 3 08-3274   Shirley Cronin, et al. v. Todd Shipyards Corp., et al.
   ~~CAN 3 08-3316 Harry Lemaster, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
**Opposed 9/5/08**
   ~~CAN 3 08-3317 Finas Belk, et al. v. Bucyrus International, Inc., et al.~~ **Opposed 9/5/08**

INDIANA SOUTHERN
   INS 1 08-1000   Walter L. Gassner, Jr. v. Norfolk Southern Railway Co.
   INS 1 08-1001   Kenneth L. Devault v. Norfolk Southern Railway Co.

NORTH CAROLINA MIDDLE
   NCM 1 08-526   Richard W. Minter, et al. v. Aqua-Chem, Inc., et al.
   NCM 1 08-527   Frank L. Scott, et al. v. Aqua-Chem, Inc., et al.
   NCM 1 08-530   Charles M. Williams, et al. v. Aqua-Chem, Inc., et al.
   NCM 1 08-531   George A. Cummings, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW 1 08-346   Raymond S. Perry, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-348   Thomas B. Reid, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-349   Donald L. Sisk, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-350   Lee Allen Turner, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-351   Troy D. Underwood, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-352   Henry T. Westmoreland, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-353   Joe C. Wilson, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-354   Gary Neal Allen, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-355   Garry M. Arnold, Sr., et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-356   Maven B. Hoyle, etc. v. Aqua-Chem, Inc., et al.
   NCW 1 08-359   Joe Miller Iddings, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-360   Melton G. Johnson, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-361   Glen Lee Kaylor, et al. v. Aqua-Chem, Inc., et al.
   NCW 1 08-362   Lynda R. Long, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-314 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**    **CASE CAPTION**

| | | | |
|---|---|---|---|
| NCW | 1 | 08-366 | Harvey W. Gould, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-367 | Reginald L. Parker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-368 | Joseph Barnes, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-369 | William Cloud, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-370 | John B. Drum, et al. v. Aqua-Chem, Inc., et al. |

RHODE ISLAND
~~RI    1   08-302    Linda Richards, etc. v. Buffalo Pumps, Inc., et al.~~ **Opposed 9/5/08**

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 08-2688 | Sonny Lee Bailey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2690 | Larry G. Nunn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2691 | Grady F. Oliver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2744 | Terry Coleman v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2692 | Dennis W. Richards, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2743 | Ronald Leo Buysse, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2689 | Thomas B. Grantham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2740 | Donald Marion Amos v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2741 | Everett C. Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2742 | Thurman G. Blackwell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2745 | Bruce G. VanHorn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2746 | Cecil A. Zorn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2747 | Randy G. Gilchrist, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2748 | William Samuel Henry v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2750 | Ernest William Herron v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2752 | Winfred H. Knight, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2754 | Truett A. Pitts, et al. v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
   VAE 2  08-9376    William W. Bussey v. Buffalo Pumps, Inc., et al.