UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET McCUE, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants.<br><br>In Re: **MARCUS LINDSEY** | No. 3:08-cv-03181-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: DEC 1 8 2013

By: _____
Charles R. Breyer
United States District Judge